## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-142-502

Photograph
191A0018    Split Rock Lighthouse Winter Sunset



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356483983
1310238424

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483983/stock-photo-the-sun-sets-behind-the-snow-covered-shoreline-at-split-rock-lighthouse-on-minnesota-s-north-shore.html
http://www.shutterstock.com/pic-1310238424/stock-photo-the-sun-sets-behind-the-snow-covered-shoreline-at-split-rock-lighthouse-on-minnesota-s-north-shore.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1356483983          www.shutterstock.com · 1310238424

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-848                 184F0127    Maple Island Sunset on the Kettle River



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages
1356483857    http://www.shutterstock.com/pic-1356483857/stock-photo-the-kettle-river-winds-through-st-
1310275612    croix-state-park-as-seen-from-the-maple-island-landing-on-a.html
              http://www.shutterstock.com/pic-1310275612/stock-photo-the-kettle-river-winds-through-st-
              croix-state-park-as-seen-from-the-maple-island-landing-on-a.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-142-502          191A0064     Ellingsen Island on Minnesota's North Shore



## Examples of Infringement by Shutterstock

Shutterstock IDs          Shutterstock Detail Pages
1310978015     http://www.shutterstock.com/pic-1310978015/stock-photo-split-rock-lighthouse-state-park-
1356488870     ellingsen-island-also-spelled-ellingson-island-is-pictured-at.html
               http://www.shutterstock.com/pic-1356488870/stock-photo-split-rock-lighthouse-state-park-
               ellingsen-island-also-spelled-ellingson-island-is-pictured-at.html

Examples of Photographs as Displayed by Shutterstock




www.shutterstock.com · 1356488870



www.shutterstock.com · 1310978015

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-142-502          191A0063     Icy Sunset in Grand Marais, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486452     http://www.shutterstock.com/pic-1356486452/stock-photo-ice-coats-branches-along-the-lake-
1310977907     superior-north-shore-of-grand-marais-minnesota-with-artist-s.html
http://www.shutterstock.com/pic-1310977907/stock-photo-ice-coats-branches-along-the-lake-
superior-north-shore-of-grand-marais-minnesota-with-artist-s.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-142-502 | 191A0040 | Two Harbors Breakwater Sunset, Minnesota in Winter |



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356490277    http://www.shutterstock.com/pic-1356490277/stock-photo-a-winter-sunset-at-the-two-harbors-
1310238418    breakwater-on-minnesota-s-north-shore-of-lake-superior.html
http://www.shutterstock.com/pic-1310238418/stock-photo-a-winter-sunset-at-the-two-harbors-
breakwater-on-minnesota-s-north-shore-of-lake-superior.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310238418



www.shutterstock.com · 1356490277

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0155

Bear Creek - Winter Sunset at Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356483854
1310346820

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483854/stock-photo-the-frozen-bear-creek-winds-through-st-croix-state-park-minnesota-on-its-way-to-the-st-croix.html
http://www.shutterstock.com/pic-1310346820/stock-photo-the-frozen-bear-creek-winds-through-st-croix-state-park-minnesota-on-its-way-to-the-st-croix.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0074    Fall Colors in the Aspen Mountains, Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356488777
1310977991

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356488777/stock-photo-bright-yellow-orange-and-green-trees-shine-below-purple-mountains-along-maroon-creek-road-near.html
http://www.shutterstock.com/pic-1310977991/stock-photo-bright-yellow-orange-and-green-trees-shine-below-purple-mountains-along-maroon-creek-road-near.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.        Photograph

VA 2-142-502            191A0037    Golden Eagle



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356490739    http://www.shutterstock.com/pic-1356490739/stock-photo-a-golden-eagle-watches-over-allouez-
1309693603    bay-of-lake-superior-at-wisconsin-point-superior-wisconsin.html
http://www.shutterstock.com/pic-1309693603/stock-photo-a-golden-eagle-watches-over-allouez-
bay-of-lake-superior-at-wisconsin-point-superior-wisconsin.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.    Photograph
VA 2-133-848                184F0124    Frozen Wetland + Winter Sunset, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages
1356490328    http://www.shutterstock.com/pic-1356490328/stock-photo-a-frozen-wetland-at-st-croix-state-
1310977820    park-minnesota-at-sunset-this-spot-is-on-the-way-to-the-fire.html
              http://www.shutterstock.com/pic-1310977820/stock-photo-a-frozen-wetland-at-st-croix-state-
              park-minnesota-at-sunset-this-spot-is-on-the-way-to-the-fire.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
| --- | --- | --- |
| VA 2-133-850 | 184E0109 | Savanna Portage - Winter in Minnesota |



## Examples of Infringement by Shutterstock

| Shutterstock IDs | Shutterstock Detail Pages |
| --- | --- |
| 1356484010 | http://www.shutterstock.com/pic-1356484010/stock-photo-the-savanna-portage-boardwalk-on-a-snowing-afternoon-near-balsam-township-minnesota-in-savanna.html |

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.      Photograph

VA 2-142-502            191A0059     Pigeon River Border in Winter, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356485387    http://www.shutterstock.com/pic-1356485387/stock-photo-snow-covers-the-landscape-along-
              pigeon-river-between-minnesota-and-ontario-at-grand-portage-state.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356485387

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-850                            184E0104    St. Louis River in Winter - Jay Cooke State
                                                    Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages
1310268904    http://www.shutterstock.com/pic-1310268904/stock-photo-the-st-louis-river-partially-frozen-
1356483992    over-with-ice-winds-through-jay-cooke-state-park-at-sunset.html
              http://www.shutterstock.com/pic-1356483992/stock-photo-the-st-louis-river-partially-frozen-
              over-with-ice-winds-through-jay-cooke-state-park-at-sunset.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-147-455 | 191D0021 | St. Louis River at Jay Cooke State Park, Minnesota in Winter |



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages

1310275630   http://www.shutterstock.com/pic-1310275630/stock-photo-the-nearly-frozen-st-louis-river-winds-through-jay-cooke-state-park-near-carlton-minnesota-on-a.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.        Photograph
VA 2-133-850                          184E0135        Winter on the St. Louis River, Jay Cooke State
                                                      Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs        Shutterstock Detail Pages
1356488687      http://www.shutterstock.com/pic-1356488687/stock-photo-a-winter-sunset-on-the-st-louis-
1310978057      river-at-jay-cooke-state-park-minnesota.html
                http://www.shutterstock.com/pic-1310978057/stock-photo-a-winter-sunset-on-the-st-louis-
                river-at-jay-cooke-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock




**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-147-626 | 191C0045 | Black Beach Island - Silver Bay, Minnesota - North Shore |



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages

1356488879
1310238412

http://www.shutterstock.com/pic-1356488879/stock-photo-an-island-off-the-shore-of-black-beach-in-silver-bay-minnesota-on-a-winter-morning-on-lake.html
http://www.shutterstock.com/pic-1310238412/stock-photo-an-island-off-the-shore-of-black-beach-in-silver-bay-minnesota-on-a-winter-morning-on-lake.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310238412



www.shutterstock.com · 1356488879

**EXHIBIT A**
**Page 15 of 112**

**Original Photograph**

U.S. Copyright Office Reg. No.    Photograph
VA 2-133-850              184E0122     Lake Nichols Road at the Sax-Zim Bog, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs     Shutterstock Detail Pages
1356486713   http://www.shutterstock.com/pic-1356486713/stock-photo-lake-nichols-road-winds-through-the-
1310977898   sax-zim-bog-after-sunset-near-payne-minnesota-on-a-winter.html
             http://www.shutterstock.com/pic-1310977898/stock-photo-lake-nichols-road-winds-through-the-
             sax-zim-bog-after-sunset-near-payne-minnesota-on-a-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-147-455          191D0020     Winter at Jay Cooke State Park - Frozen River



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages

1356485390   http://www.shutterstock.com/pic-1356485390/stock-photo-snowy-trees-line-the-saint-louis-
river-as-it-winds-through-jay-cooke-state-park-minnesota-on-a.html

Examples of Photographs as Displayed by Shutterstock



**Original Photograph**

U.S. Copyright Office Reg. No.     Photograph
VA 2-133-848                       184F0117      Autumn in the Colorado River Valley - Rocky
                                                 Mountain National Park



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages
1356490322   http://www.shutterstock.com/pic-1356490322/stock-photo-a-golden-field-surrounded-by-
1310977814   mountains-in-autumn-in-the-colorado-river-valley-near-timber-lake.html
             http://www.shutterstock.com/pic-1310977814/stock-photo-a-golden-field-surrounded-by-
             mountains-in-autumn-in-the-colorado-river-valley-near-timber-lake.html

Examples of Photographs as Displayed by Shutterstock





**EXHIBIT A**
**Page 18 of 112**

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0131

Sunset on the St. Louis River, Jay Cooke State Park



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356486425
1310977904

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486425/stock-photo-in-minnesota-s-jay-cooke-state-park-the-sun-sets-over-the-winding-and-snow-covered-saint-louis.html
http://www.shutterstock.com/pic-1310977904/stock-photo-in-minnesota-s-jay-cooke-state-park-the-sun-sets-over-the-winding-and-snow-covered-saint-louis.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310977904



www.shutterstock.com · 1356486425

## Original Photograph

U.S. Copyright Office Reg. No.       Photograph

VA 2-133-848        184F0059    Peak to Peak Highway Rainbow



## Examples of Infringement by Shutterstock

Shutterstock IDs      Shutterstock Detail Pages

1356490298    http://www.shutterstock.com/pic-1356490298/stock-photo-a-rainbow-along-the-famous-peak-to-
1310978072    peak-highway-in-autumn-near-ward-colorado.html
              http://www.shutterstock.com/pic-1310978072/stock-photo-a-rainbow-along-the-famous-peak-to-
              peak-highway-in-autumn-near-ward-colorado.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.

VA 2-133-850

Photograph

184E0127    Frosty Leaves



## Examples of Infringement by Shutterstock

Shutterstock IDs

1356487928
1310357623

Shutterstock Detail Pages

http://www.shutterstock.com/pic-1356487928/stock-photo-frost-covered-leaves-in-the-forest-at-st-croix-state-park-minnesota-in-winter.html
http://www.shutterstock.com/pic-1310357623/stock-photo-frost-covered-leaves-in-the-forest-at-st-croix-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.       Photograph
VA 2-133-850                         184E0141     Winter in the Sax-Zim Bog, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages

1356485774   http://www.shutterstock.com/pic-1356485774/stock-photo-snow-blankets-the-trees-and-road-on-arkola-road-in-the-sax-zim-bog-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0131

Kettle River in Winter - St. Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356483848

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483848/stock-photo-the-kettle-river-winds-through-st-croix-state-park-as-seen-from-the-kettle-river-overlook-trail.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356483848

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0086     Snowy Road at St. Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1310237914     http://www.shutterstock.com/pic-1310237914/stock-photo-the-snow-covered-road-from-the-river-
landing-to-the-riverside-campground-at-saint-croix-state-park.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.        Photograph
VA 2-133-850                184E0121    Meadowlands Winter Farm Sunset



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages
1356484379    http://www.shutterstock.com/pic-1356484379/stock-photo-the-sun-sets-behind-a-farm-on-a-
1310238433    winter-night-in-meadowlands-minnesota.html
              http://www.shutterstock.com/pic-1310238433/stock-photo-the-sun-sets-behind-a-farm-on-a-
              winter-night-in-meadowlands-minnesota.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310238433



www.shutterstock.com · 1356484379

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-848                  184F0180    Winter at Wisconsin Point on Lake Superior



## Examples of Infringement by Shutterstock

Shutterstock IDs      Shutterstock Detail Pages
1356483932      http://www.shutterstock.com/pic-1356483932/stock-photo-winter-at-wisconsin-point-on-lake-
1310275627      superior.html
                http://www.shutterstock.com/pic-1310275627/stock-photo-winter-at-wisconsin-point-on-lake-
                superior.html

Examples of Photographs as Displayed by Shutterstock







## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0183

Autumn in the Rockies - Golden Gate Canyon State
Park, Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356487967
1310357626

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356487967/stock-photo-fall-colors-and-trees-on-the-edge-of-golden-gate-canyon-state-park-colorado-in-autumn.html
http://www.shutterstock.com/pic-1310357626/stock-photo-fall-colors-and-trees-on-the-edge-of-golden-gate-canyon-state-park-colorado-in-autumn.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0093        St. Croix State Park: Kettle River in Winter,
                Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs     Shutterstock Detail Pages
1356485750     http://www.shutterstock.com/pic-1356485750/stock-photo-the-cold-kettle-river-winds-through-
1310245438     saint-croix-state-park-minnesota-in-winter-as-seen-during-a.html
               http://www.shutterstock.com/pic-1310245438/stock-photo-the-cold-kettle-river-winds-through-
               saint-croix-state-park-minnesota-in-winter-as-seen-during-a.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-147-626 | 191C0042 | Brule River in Winter - Judge C.R. Magney State Park, Minnesota |



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486467     http://www.shutterstock.com/pic-1356486467/stock-photo-ice-and-snow-coats-the-brule-river-
1311001454     as-it-winds-through-judge-c-r-magney-state-park-on-minnesota-s.html
             http://www.shutterstock.com/pic-1311001454/stock-photo-ice-and-snow-coats-the-brule-river-
             as-it-winds-through-judge-c-r-magney-state-park-on-minnesota-s.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0184

South Boulder Creek - Autumn in Rollinsville,
Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356485753
1310275609

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485753/stock-photo-south-boulder-creek-winds-through-
the-town-of-rollinsville-colorado-on-an-autumn-morning-as-cows.html
http://www.shutterstock.com/pic-1310275609/stock-photo-south-boulder-creek-winds-through-
the-town-of-rollinsville-colorado-on-an-autumn-morning-as-cows.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310275609



www.shutterstock.com · 1356485753

**Original Photograph**

U.S. Copyright Office Reg. No. Photograph

VA 2-147-626  191C0041 Hovland Dock - Minnesota's North Shore in Winter



**Examples of Infringement by Shutterstock**

Shutterstock IDs Shutterstock Detail Pages

1356484283 http://www.shutterstock.com/pic-1356484283/stock-photo-the-hovland-dock-icy-and-crumbling-
1310275600 on-chicago-bay-of-lake-superior-in-hovland-on-minnesota-s.html
     http://www.shutterstock.com/pic-1310275600/stock-photo-the-hovland-dock-icy-and-crumbling-
     on-chicago-bay-of-lake-superior-in-hovland-on-minnesota-s.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1310275600    www.shutterstock.com · 1356484283

**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-850 | 184E0132 | Winter Wonderland at Jay Cooke State Park, Minnesota |



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages

1356485396   http://www.shutterstock.com/pic-1356485396/stock-photo-snow-blankets-the-st-louis-river-at-jay-cooke-state-park-minnesota-in-winter.html
1310275615   http://www.shutterstock.com/pic-1310275615/stock-photo-snow-blankets-the-st-louis-river-at-jay-cooke-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310275615



www.shutterstock.com · 1356485396

## Original Photograph

U.S. Copyright Office Reg. No.      Photograph

VA 2-133-850          184E0015      Tree Stump - Wild River State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356490289    http://www.shutterstock.com/pic-1356490289/stock-photo-a-tree-stump-covered-in-snow-at-the-
1310978066    campground-in-wild-river-state-park-minnesota-in-winter.html
              http://www.shutterstock.com/pic-1310978066/stock-photo-a-tree-stump-covered-in-snow-at-the-
              campground-in-wild-river-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock

 

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0142   Winter in the Sax-Zim Bog, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages
1356484370   http://www.shutterstock.com/pic-1356484370/stock-photo-trees-coated-with-snow-line-a-farm-road-in-the-sax-zim-bog-minnesota-in-winter.html
1310232409   http://www.shutterstock.com/pic-1310232409/stock-photo-trees-coated-with-snow-line-a-farm-road-in-the-sax-zim-bog-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0138     Whiteface River, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356484373
1310245399

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356484373/stock-photo-the-snow-covered-whiteface-river-winds-through-the-sax-zim-bog-as-seen-from-arkola-road-on-a.html
http://www.shutterstock.com/pic-1310245399/stock-photo-the-snow-covered-whiteface-river-winds-through-the-sax-zim-bog-as-seen-from-arkola-road-on-a.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310245399



www.shutterstock.com · 1356484373

**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-129-807 | 184D0427 | Autumn Vibes - Minnesota |



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356486380    http://www.shutterstock.com/pic-1356486380/stock-photo-leaves-on-the-ground-in-late-autumn-
1310358427    at-wild-river-state-park-minnesota.html
              http://www.shutterstock.com/pic-1310358427/stock-photo-leaves-on-the-ground-in-late-autumn-
              at-wild-river-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock







**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0092     Fall Colors at Lewis & Clark State Park, Iowa



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356488093
1310357641

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356488093/stock-photo-early-autumn-colors-at-lewis-and-clark-state-park-near-onawa-iowa.html
http://www.shutterstock.com/pic-1310357641/stock-photo-early-autumn-colors-at-lewis-and-clark-state-park-near-onawa-iowa.html

Examples of Photographs as Displayed by Shutterstock






## Original Photograph

U.S. Copyright Office Reg. No.   Photograph

VA 2-129-807          184D0430     Autumn Crinkled Leaves, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages

1356488705   http://www.shutterstock.com/pic-1356488705/stock-photo-crinkled-leaves-hang-from-a-tree-in-
1310930786   late-autumn-at-wild-river-state-park-minnesota.html
             http://www.shutterstock.com/pic-1310930786/stock-photo-crinkled-leaves-hang-from-a-tree-in-
             late-autumn-at-wild-river-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





**EXHIBIT A**
**Page 38 of 112**

**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0129    Dirt Road at St. Croix State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356486389
1310357674

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486389/stock-photo-leafless-trees-surround-a-dirt-road-at-saint-croix-state-park-near-hinckley-minnesota-in-winter.html
http://www.shutterstock.com/pic-1310357674/stock-photo-leafless-trees-surround-a-dirt-road-at-saint-croix-state-park-near-hinckley-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock


www.shutterstock.com · 1310357674


www.shutterstock.com · 1356486389

**Original Photograph**

U.S. Copyright Office Reg. No.

VA 2-133-848

Photograph

184F0027

Rime Ice Covers Tree at St. Croix State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs

1310977844
1356485447

Shutterstock Detail Pages

http://www.shutterstock.com/pic-1310977844/stock-photo-rime-ice-covers-tree-at-st-croix-state-park-minnesota.html
http://www.shutterstock.com/pic-1356485447/stock-photo-rime-ice-covers-tree-at-st-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.    Photograph

VA 2-133-848       184F0185   The Road to Aspen - Independence Pass, Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages

1356488708  http://www.shutterstock.com/pic-1356488708/stock-photo-colorado-state-highway-independence-pass-between-twin-lakes-and-aspen-colorado-this-road-is.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356488708

**Original Photograph**

U.S. Copyright Office Reg. No.          Photograph
VA 2-143-906                            191B0047    Shovel Point in Winter - Tettegouche State Park



**Examples of Infringement by Shutterstock**

Shutterstock IDs     Shutterstock Detail Pages
1356484280    http://www.shutterstock.com/pic-1356484280/stock-photo-the-rugged-shores-of-lake-superior-
1310241979    from-shovel-point-at-tettegouche-state-park-minnesota-in.html
              http://www.shutterstock.com/pic-1310241979/stock-photo-the-rugged-shores-of-lake-superior-
              from-shovel-point-at-tettegouche-state-park-minnesota-in.html

Examples of Photographs as Displayed by Shutterstock





**EXHIBIT A**
**Page 42 of 112**

**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0454      Frosty Plants - Macro Photo



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356485471
1310977859

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485471/stock-photo-plants-in-a-prairie-at-wild-river-state-park-minnesota-on-a-cold-frosty-morning.html
http://www.shutterstock.com/pic-1310977859/stock-photo-plants-in-a-prairie-at-wild-river-state-park-minnesota-on-a-cold-frosty-morning.html

Examples of Photographs as Displayed by Shutterstock






**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0063    Crex Meadows Dirt Road - Wisconsin



**Examples of Infringement by Shutterstock**

Shutterstock IDs      Shutterstock Detail Pages
1356484256    http://www.shutterstock.com/pic-1356484256/stock-photo-the-intersection-of-crex-ridge-road-
1310275621    and-refuge-road-at-crex-meadows-state-wildlife-area-near.html
              http://www.shutterstock.com/pic-1310275621/stock-photo-the-intersection-of-crex-ridge-road-
              and-refuge-road-at-crex-meadows-state-wildlife-area-near.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310275621



www.shutterstock.com · 1356484256

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-850                            184E0012     Golden Gate Canyon Mountain Ridge - Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages
1356483971    http://www.shutterstock.com/pic-1356483971/stock-photo-trees-along-a-mountain-ridge-at-
              golden-gate-canyon-colorado.html

Examples of Photographs as Displayed by Shutterstock



**EXHIBIT A**
**Page 45 of 112**

## Original Photograph

U.S. Copyright Office Reg. No.      Photograph
VA 2-133-848                184F0106    St. Croix River at Norway Point Landing, Winter



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages
1356486437    http://www.shutterstock.com/pic-1356486437/stock-photo-ice-on-the-frozen-saint-croix-river-
1311001460    at-norway-point-landing-wisconsin.html
            http://www.shutterstock.com/pic-1311001460/stock-photo-ice-on-the-frozen-saint-croix-river-
            at-norway-point-landing-wisconsin.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.          Photograph

VA 2-133-850          184E0088     Foggy Winter Morning on the Saint Croix River



**Examples of Infringement by Shutterstock**

Shutterstock IDs     Shutterstock Detail Pages

1356490331     http://www.shutterstock.com/pic-1356490331/stock-photo-a-foggy-morning-on-the-st-croix-
1310245375     river-as-seen-from-the-campground-landing-at-st-croix-state-park.html
               http://www.shutterstock.com/pic-1310245375/stock-photo-a-foggy-morning-on-the-st-croix-
               river-as-seen-from-the-campground-landing-at-st-croix-state-park.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1356490331          www.shutterstock.com · 1310245375

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-850          184E0076    Golden Fields - St. Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages
1356487904   http://www.shutterstock.com/pic-1356487904/stock-photo-golden-fields-along-st-john-s-road-
1310357692   at-st-croix-state-park-the-largest-state-park-in-minnesota.html
             http://www.shutterstock.com/pic-1310357692/stock-photo-golden-fields-along-st-john-s-road-
             at-st-croix-state-park-the-largest-state-park-in-minnesota.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356487904



www.shutterstock.com · 1310357692

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0108    Gunflint Lodge Frozen Lake Fire Pit



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356489089
1310977982

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356489089/stock-photo-chairs-surround-a-firepit-on-frozen-gunflint-lake-at-the-gunflint-lodge-along-northern-minnesota-s.html
http://www.shutterstock.com/pic-1310977982/stock-photo-chairs-surround-a-firepit-on-frozen-gunflint-lake-at-the-gunflint-lodge-along-northern-minnesota-s.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0064     Winding Road to Norway Point Landing, Wisconsin



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356490271
1310978060

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356490271/stock-photo-a-winding-road-leads-to-norway-point-landing-wisconsin-on-the-st-croix-river-in-winter.html
http://www.shutterstock.com/pic-1310978060/stock-photo-a-winding-road-leads-to-norway-point-landing-wisconsin-on-the-st-croix-river-in-winter.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0082

Kettle River in Winter - St. Croix State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356483845
1310245432

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483845/stock-photo-the-kettle-river-winds-through-saint-croix-state-park-minnesota-on-a-winter-evening-near-the.html
http://www.shutterstock.com/pic-1310245432/stock-photo-the-kettle-river-winds-through-saint-croix-state-park-minnesota-on-a-winter-evening-near-the.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-129-807          184D0410    Frozen Saint Croix River, Minnesota in Winter



## Examples of Infringement by Shutterstock

Shutterstock IDs          Shutterstock Detail Pages

1356487910    http://www.shutterstock.com/pic-1356487910/stock-photo-frozen-saint-croix-river-minnesota-in-winter.html
1310993759    http://www.shutterstock.com/pic-1310993759/stock-photo-frozen-saint-croix-river-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-129-807                184D0409     Icy Saint Croix River, Minnesota in WInter



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486422     http://www.shutterstock.com/pic-1356486422/stock-photo-icy-saint-croix-river-minnesota-in-
1310977901     winter.html
               http://www.shutterstock.com/pic-1310977901/stock-photo-icy-saint-croix-river-minnesota-in-
               winter.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310977901



www.shutterstock.com · 1356486422

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0475

Winter Wetlands, Wild River State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1310245390
1356483950

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1310245390/stock-photo-wetlands-along-the-saint-croix-river-at-wild-river-state-park-minnesota-in-winter.html
http://www.shutterstock.com/pic-1356483950/stock-photo-wetlands-along-the-saint-croix-river-at-wild-river-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-848 | 184F0152 | Brighton Beach, Duluth, Minnesota's North Shore in Winter |



**Examples of Infringement by Shutterstock**

| Shutterstock IDs | Shutterstock Detail Pages |
|---|---|
| 1356485393 | http://www.shutterstock.com/pic-1356485393/stock-photo-snowy-and-wet-rocks-on-brighton-beach-on-lake-superior-in-duluth-minnesota-on-the-north-shore.html |
| 1310275597 | http://www.shutterstock.com/pic-1310275597/stock-photo-snowy-and-wet-rocks-on-brighton-beach-on-lake-superior-in-duluth-minnesota-on-the-north-shore.html |

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.        Photograph
VA 2-133-848                 184F0123   Fire Tower at Saint Croix State Park - Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages
1356484259    http://www.shutterstock.com/pic-1356484259/stock-photo-the-lookout-fire-tower-at-st-croix-
1311001475    state-park-minnesota-sadly-locked-and-closed-for-the-winter.html
             http://www.shutterstock.com/pic-1311001475/stock-photo-the-lookout-fire-tower-at-st-croix-
             state-park-minnesota-sadly-locked-and-closed-for-the-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0066    Hay Creek - Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356486440
1311001445

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486440/stock-photo-ice-gathers-on-the-edges-of-hay-creek-as-it-winds-toward-the-st-croix-river-at-st-croix-state.html
http://www.shutterstock.com/pic-1311001445/stock-photo-ice-gathers-on-the-edges-of-hay-creek-as-it-winds-toward-the-st-croix-river-at-st-croix-state.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0139

Jay Cooke State Park, Minnesota in Winter -
Saint Louis River



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356483989
1310268919

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483989/stock-photo-the-st-louis-river-winds-through-jay-cooke-state-park-on-a-winter-morning-as-seen-from-the-iconic.html
http://www.shutterstock.com/pic-1310268919/stock-photo-the-st-louis-river-winds-through-jay-cooke-state-park-on-a-winter-morning-as-seen-from-the-iconic.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-848 | 184F0132 | Kennedy Brook - Kettle River - Winter at St. Croix State Park |



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356486407
1310358418

http://www.shutterstock.com/pic-1356486407/stock-photo-kennedy-brook-meets-the-kettle-river-on-a-winter-afternoon-at-st-croix-state-park-minnesota.html
http://www.shutterstock.com/pic-1310358418/stock-photo-kennedy-brook-meets-the-kettle-river-on-a-winter-afternoon-at-st-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-848 | 184F0134 | Kettle River Highbanks in Winter, Minnesota |



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356484262    http://www.shutterstock.com/pic-1356484262/stock-photo-the-kettle-river-winds-through-saint-
1310245435    croix-state-park-minnesota-in-winter-as-seen-during-a.html
              http://www.shutterstock.com/pic-1310245435/stock-photo-the-kettle-river-winds-through-saint-
              croix-state-park-minnesota-in-winter-as-seen-during-a.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0120   Minnesota in Winter: Frozen Pond at St. Croix
           State Park



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages
1356490325   http://www.shutterstock.com/pic-1356490325/stock-photo-a-frozen-over-pond-at-saint-croix-
1310977823   state-park-minnesota-in-winter.html
             http://www.shutterstock.com/pic-1310977823/stock-photo-a-frozen-over-pond-at-saint-croix-
             state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.        Photograph
VA 2-133-848                        184F0174    Wind-Swept Barn in the Sax-Zim Bog



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages
1310977805    http://www.shutterstock.com/pic-1310977805/stock-photo-a-barn-has-been-knocked-over-and-
1356490742    covered-with-snow.html
              http://www.shutterstock.com/pic-1356490742/stock-photo-a-barn-has-been-knocked-over-and-
              covered-with-snow.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0090

Afternoon Sunshine - Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356485336
1310245444

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485336/stock-photo-sun-shines-through-the-trees-at-st-croix-state-park-minnesota-on-a-winter-afternoon.html
http://www.shutterstock.com/pic-1310245444/stock-photo-sun-shines-through-the-trees-at-st-croix-state-park-minnesota-on-a-winter-afternoon.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0073      Autumn in Colorado - Yellow Trees at Sunrise



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages
1356483926   http://www.shutterstock.com/pic-1356483926/stock-photo-yellow-trees-along-maroon-creek-road-
1310268928   near-aspen-colorado-in-fall.html http://www.shutterstock.com/pic-1310268928/stock-photo-
             yellow-trees-along-maroon-creek-road-near-aspen-colorado-in-fall.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0047

Blue Lake and Lewis and Clark State Park - Onawa, Iowa



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356489107
1310978012

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356489107/stock-photo-blue-lake-near-onawa-iowa-and-lewis-and-clark-state-park.html
http://www.shutterstock.com/pic-1310978012/stock-photo-blue-lake-near-onawa-iowa-and-lewis-and-clark-state-park.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1310978012          www.shutterstock.com · 1356489107

**EXHIBIT A**
**Page 65 of 112**

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0033

Campground at Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356484019

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356484019/stock-photo-the-river-view-campground-at-st-croix-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock



**EXHIBIT A**
**Page 66 of 112**

## Original Photograph

U.S. Copyright Office Reg. No.  
VA 2-133-850

Photograph  
184E0100    Coon Lake - Frederic, Wisconsin



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356485498
1311001487

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485498/stock-photo-open-water-between-ice-patches-on-coon-lake-in-frederic-wisconsin-in-winter.html
http://www.shutterstock.com/pic-1311001487/stock-photo-open-water-between-ice-patches-on-coon-lake-in-frederic-wisconsin-in-winter.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1356485498

www.shutterstock.com · 1311001487

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-133-850          184E0091     Frozen Pond at St. Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356490313   http://www.shutterstock.com/pic-1356490313/stock-photo-a-lookout-along-a-pond-at-saint-croix-state-park-minnesota-in-winter.html
1310977817   http://www.shutterstock.com/pic-1310977817/stock-photo-a-lookout-along-a-pond-at-saint-croix-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0024

Head of the Rapids Landing - Frozen Saint Croix River, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356486449    http://www.shutterstock.com/pic-1356486449/stock-photo-ice-covers-the-st-croix-river-at-head-of-the-rapids-landing-at-st-croix-state-park-minnesota-in.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356486449

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-133-850                184E0049     Hiking to Mount Flora at Berthoud Pass, Colorado



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486695    http://www.shutterstock.com/pic-1356486695/stock-photo-hiking-to-mt-flora-from-berthoud-
1310993876    pass-in-the-colorado-rockies-along-the-continental-divide-trail.html
              http://www.shutterstock.com/pic-1310993876/stock-photo-hiking-to-mt-flora-from-berthoud-
              pass-in-the-colorado-rockies-along-the-continental-divide-trail.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356486695



www.shutterstock.com · 1310993876

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0096      Hiking Trail on the St. Croix River, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356486476
1310993888

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486476/stock-photo-hiking-trail-on-the-st-croix-river-minnesota.html
http://www.shutterstock.com/pic-1310993888/stock-photo-hiking-trail-on-the-st-croix-river-minnesota.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0028

Ice on the Saint Croix River, Minnesota-Wisconsin Border



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356486446
1311001463

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486446/stock-photo-ice-floats-on-the-st-croix-river-as-it-winds-between-minnesota-and-wisconsin-as-seen-from-river.html
http://www.shutterstock.com/pic-1311001463/stock-photo-ice-floats-on-the-st-croix-river-as-it-winds-between-minnesota-and-wisconsin-as-seen-from-river.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-133-850          184E0029     Icy Saint Croix River - St. Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486458    http://www.shutterstock.com/pic-1356486458/stock-photo-ice-floats-on-the-saint-croix-river-
1311001469    as-it-winds-between-minnesota-and-wisconsin-as-seen-from-river.html
              http://www.shutterstock.com/pic-1311001469/stock-photo-ice-floats-on-the-saint-croix-river-
              as-it-winds-between-minnesota-and-wisconsin-as-seen-from-river.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-850                 184E0019    Little Yellow Banks Landing on the Saint Croix
                                         River



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages
1356490730    http://www.shutterstock.com/pic-1356490730/stock-photo-a-foggy-winter-morning-on-the-
              partially-frozen-st-croix-river-at-st-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-133-850              184E0087     Saint Croix River Sunrise in Winter



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356490334    http://www.shutterstock.com/pic-1356490334/stock-photo-a-bright-sunrise-on-a-winter-morning-
1310245381    at-st-croix-state-park-minnesota-this-photo-is-from-the.html
                http://www.shutterstock.com/pic-1310245381/stock-photo-a-bright-sunrise-on-a-winter-morning-
                at-st-croix-state-park-minnesota-this-photo-is-from-the.html

Examples of Photographs as Displayed by Shutterstock

 



## Original Photograph

U.S. Copyright Office Reg. No.       Photograph
VA 2-133-850       184E0139   Snowy Trees in the Sax-Zim Bog, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs   Shutterstock Detail Pages
1356485762   http://www.shutterstock.com/pic-1356485762/stock-photo-snow-covered-trees-winter-time.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0147

St. Louis River from the Superior Hiking Trail, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356490283
1310241982

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356490283/stock-photo-a-view-of-the-st-louis-river-from-the-superior-hiking-trail-in-jay-cooke-state-park-minnesota-in.html
http://www.shutterstock.com/pic-1310241982/stock-photo-a-view-of-the-st-louis-river-from-the-superior-hiking-trail-in-jay-cooke-state-park-minnesota-in.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356490283



www.shutterstock.com · 1310241982

## Original Photograph

U.S. Copyright Office Reg. No.    Photograph

VA 2-133-850          184E0149     Winter on the Saint Louis River, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356484022    http://www.shutterstock.com/pic-1356484022/stock-photo-the-partially-frozen-st-louis-river-
1310245423    winds-through-jay-cooke-state-park-toward-the-fond-du-lac-area.html
              http://www.shutterstock.com/pic-1310245423/stock-photo-the-partially-frozen-st-louis-river-
              winds-through-jay-cooke-state-park-toward-the-fond-du-lac-area.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.      Photograph

VA 2-133-850                184E0025    Winter Sunset Hike to Kettle River Highbanks



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1310977880    http://www.shutterstock.com/pic-1310977880/stock-photo-on-the-hike-to-the-kettle-river-
highbanks-the-sun-shines-through-the-trees-at-st-croix-state.html

Examples of Photographs as Displayed by Shutterstock



**Original Photograph**

U.S. Copyright Office Reg. No.     Photograph

VA 2-142-502                       191A0060    Grand Portage State Park - High Falls in Winter



**Examples of Infringement by Shutterstock**

Shutterstock IDs     Shutterstock Detail Pages

1356484013    http://www.shutterstock.com/pic-1356484013/stock-photo-the-pigeon-river-high-falls-
1310241985    waterfall-at-grand-portage-state-park-minnesota-is-partially-frozen.html
              http://www.shutterstock.com/pic-1310241985/stock-photo-the-pigeon-river-high-falls-
              waterfall-at-grand-portage-state-park-minnesota-is-partially-frozen.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-142-502 | 191A0017 | North Shore at Tettegouche State Park - Minnesota in Winter |



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356484277
1310241976

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356484277/stock-photo-the-shores-of-tettegouche-state-park-on-minnesota-s-north-shore-of-lake-superior-in-winter-in-the.html
http://www.shutterstock.com/pic-1310241976/stock-photo-the-shores-of-tettegouche-state-park-on-minnesota-s-north-shore-of-lake-superior-in-winter-in-the.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.  Photograph
VA 2-142-502         191A0061   Winter Waterfall - Pigeon River High Falls,
                                Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages
1356484016   http://www.shutterstock.com/pic-1356484016/stock-photo-the-pigeon-river-high-falls-in-
1310268925   winter-at-grand-portage-state-park-minnesota.html
             http://www.shutterstock.com/pic-1310268925/stock-photo-the-pigeon-river-high-falls-in-
             winter-at-grand-portage-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310268925



www.shutterstock.com · 1356484016

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph

VA 2-147-626                           191C0007    Snowy Pine Tree



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356490733    http://www.shutterstock.com/pic-1356490733/stock-photo-a-foot-of-snow-falls-along-the-
1309693591    riverfront-of-the-st-louis-river-at-jay-cooke-state-park-minnesota.html
              http://www.shutterstock.com/pic-1309693591/stock-photo-a-foot-of-snow-falls-along-the-
              riverfront-of-the-st-louis-river-at-jay-cooke-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock




## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-147-626                             191C0036    Winter Sunset Hike at Grand Portage State Park,
                                                     Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages
1356483986    http://www.shutterstock.com/pic-1356483986/stock-photo-the-sun-shines-through-the-trees-on-
1310268907    a-winter-afternoon-at-grand-portage-state-park-minnesota-this.html
              http://www.shutterstock.com/pic-1310268907/stock-photo-the-sun-shines-through-the-trees-on-
              a-winter-afternoon-at-grand-portage-state-park-minnesota-this.html

Examples of Photographs as Displayed by Shutterstock




## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-850 | 184E0048 | Trees Along the Road - Lewis and Clark State Park, Iowa |



## Examples of Infringement by Shutterstock

Shutterstock IDs        Shutterstock Detail Pages

1356490727    http://www.shutterstock.com/pic-1356490727/stock-photo-a-road-at-lewis-and-clark-state-park-
1310978084    near-onawa-iowa-is-surrounded-by-trees.html
              http://www.shutterstock.com/pic-1310978084/stock-photo-a-road-at-lewis-and-clark-state-park-
              near-onawa-iowa-is-surrounded-by-trees.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310978084



www.shutterstock.com · 1356490727

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0078    Ice on the St. Croix River - Yellow Banks
            Landing, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356486443
1311001457

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486443/stock-photo-ice-floats-on-the-st-croix-river-as-seen-from-yellow-banks-landing-at-st-croix-state-park.html
http://www.shutterstock.com/pic-1311001457/stock-photo-ice-floats-on-the-st-croix-river-as-seen-from-yellow-banks-landing-at-st-croix-state-park.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1311001457



www.shutterstock.com · 1356486443

## Original Photograph

U.S. Copyright Office Reg. No.          Photograph
VA 2-133-850                  184E0022    Rime Ice at Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages
1356485435    http://www.shutterstock.com/pic-1356485435/stock-photo-rime-ice-covers-tree-branches-on-a-
1310977847    foggy-winter-morning-at-st-croix-state-park-minnesota.html
              http://www.shutterstock.com/pic-1310977847/stock-photo-rime-ice-covers-tree-branches-on-a-
              foggy-winter-morning-at-st-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock




**Original Photograph**

U.S. Copyright Office Reg. No.          Photograph

VA 2-129-807                 184D0440    Wild River State Park in Autumn, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356490304    http://www.shutterstock.com/pic-1356490304/stock-photo-a-november-afternoon-at-wild-river-
1310978075    state-park-minnesota-in-autumn.html
              http://www.shutterstock.com/pic-1310978075/stock-photo-a-november-afternoon-at-wild-river-
              state-park-minnesota-in-autumn.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.      Photograph

VA 2-133-848                184F0198     Sappi Paper Mill - Cloquet, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs      Shutterstock Detail Pages

1356484274     http://www.shutterstock.com/pic-1356484274/stock-photo-the-sappi-global-cloquet-mill-which-
1310348533     produces-and-manufactures-paper-products-the-mill-is-located.html
               http://www.shutterstock.com/pic-1310348533/stock-photo-the-sappi-global-cloquet-mill-which-
               produces-and-manufactures-paper-products-the-mill-is-located.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1310348533          www.shutterstock.com · 1356484274

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0437    Wild River State Park Road in Autumn



## Examples of Infringement by Shutterstock

Shutterstock IDs      Shutterstock Detail Pages
1356486398    http://www.shutterstock.com/pic-1356486398/stock-photo-late-autumn-at-wild-river-state-park-
1310977895    minnesota-in-autumn.html
              http://www.shutterstock.com/pic-1310977895/stock-photo-late-autumn-at-wild-river-state-park-
              minnesota-in-autumn.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0488

Snowy Trees at Wild River State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1310268916
1356483938

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1310268916/stock-photo-wind-swept-snow-covers-trees-in-a-forest-at-wild-river-state-park-minnesota-in-winter.html
http://www.shutterstock.com/pic-1356483938/stock-photo-wind-swept-snow-covers-trees-in-a-forest-at-wild-river-state-park-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0110

Nelsons Landing on the Saint Croix River -
Wisconsin / Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356485723
1311001484

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485723/stock-photo-nelsons-landing-on-the-frozen-st-croix-river-wisconsin-this-photo-looks-north-toward-an-island.html
http://www.shutterstock.com/pic-1311001484/stock-photo-nelsons-landing-on-the-frozen-st-croix-river-wisconsin-this-photo-looks-north-toward-an-island.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1311001484



www.shutterstock.com · 1356485723

## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0208

St. Louis River at Chambers Grove Park, Duluth, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356485324
1310275603

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485324/stock-photo-the-frozen-and-snow-covered-st-louis-river-winds-through-chambers-grove-park-in-duluth-minnesota.html
http://www.shutterstock.com/pic-1310275603/stock-photo-the-frozen-and-snow-covered-st-louis-river-winds-through-chambers-grove-park-in-duluth-minnesota.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-848 | 184F0130 | Winter Afternoon at St. Croix State Park, Minnesota |



**Examples of Infringement by Shutterstock**

Shutterstock IDs   Shutterstock Detail Pages

1356485363   http://www.shutterstock.com/pic-1356485363/stock-photo-sun-shines-through-the-trees-along-a-
1310275618   snow-covered-dirt-road-at-saint-croix-state-park-minnesota.html
http://www.shutterstock.com/pic-1310275618/stock-photo-sun-shines-through-the-trees-along-a-
snow-covered-dirt-road-at-saint-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-143-906

Photograph
191B0043    Teal Lake - Grand Portage, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356485312
1310241973

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485312/stock-photo-the-frozen-and-snow-covered-teal-lake-near-grand-portage-minnesota-in-winter.html
http://www.shutterstock.com/pic-1310241973/stock-photo-the-frozen-and-snow-covered-teal-lake-near-grand-portage-minnesota-in-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-142-502

Photograph
191A0013

Winter at Jay Cooke State Park, Minnesota - the St. Louis River



## Examples of Infringement by Shutterstock

Shutterstock IDs
1356483929
1310268922

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483929/stock-photo-winter-on-the-frozen-st-louis-river-at-jay-cooke-state-park-minnesota.html
http://www.shutterstock.com/pic-1310268922/stock-photo-winter-on-the-frozen-st-louis-river-at-jay-cooke-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





www.shutterstock.com · 1310268922

www.shutterstock.com · 1356483929

**Original Photograph**

| U.S. Copyright Office Reg. No. | Photograph | |
|---|---|---|
| VA 2-133-848 | 184F0070 | St. Croix River Bluff Trail - Saint Croix State Park, Minnesota in Autumn |



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356490310    http://www.shutterstock.com/pic-1356490310/stock-photo-a-hike-along-river-bluff-trail-on-
1310977799    the-saint-croix-river-at-st-croix-state-park-minnesota-in.html
              http://www.shutterstock.com/pic-1310977799/stock-photo-a-hike-along-river-bluff-trail-on-
              the-saint-croix-river-at-st-croix-state-park-minnesota-in.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-143-906

Photograph
191B0045

Frozen High Falls - Grand Portage State Park,
Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356485321
1310275624

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485321/stock-photo-the-frozen-high-falls-waterfall-at-grand-portage-state-park-on-the-pigeon-river-minnesota-in.html
http://www.shutterstock.com/pic-1310275624/stock-photo-the-frozen-high-falls-waterfall-at-grand-portage-state-park-on-the-pigeon-river-minnesota-in.html

Examples of Photographs as Displayed by Shutterstock





**EXHIBIT A**
**Page 98 of 112**

**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-848

Photograph
184F0028

Saint Croix River at Little Yellow Banks
Landing, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356485765
1310977850

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356485765/stock-photo-saint-croix-river-at-little-yellow-banks-landing-minnesota.html
http://www.shutterstock.com/pic-1310977850/stock-photo-saint-croix-river-at-little-yellow-banks-landing-minnesota.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.        Photograph
VA 2-133-848                          184F0100     Trailer on Frozen Yellow Lake, Wisconsin



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages
1356490292     http://www.shutterstock.com/pic-1356490292/stock-photo-a-trailer-recreational-vehicle-sits-
               on-frozen-yellow-lake-wisconsin-in-winter-as-an-ice-house.html

Examples of Photographs as Displayed by Shutterstock



## Original Photograph

U.S. Copyright Office Reg. No.        Photograph

VA 2-133-848        184F0186    Wild River State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs     Shutterstock Detail Pages

1356486392   http://www.shutterstock.com/pic-1356486392/stock-photo-late-autumn-along-the-st-croix-river-
1310358421   at-wild-river-state-park-minnesota.html
             http://www.shutterstock.com/pic-1310358421/stock-photo-late-autumn-along-the-st-croix-river-
             at-wild-river-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-133-850

Photograph
184E0099     Yellow Lake, Wisconsin in Winter



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356483968
1310268913

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356483968/stock-photo-trees-line-the-shores-of-frozen-yellow-lake-near-webster-wisconsin-in-winter.html
http://www.shutterstock.com/pic-1310268913/stock-photo-trees-line-the-shores-of-frozen-yellow-lake-near-webster-wisconsin-in-winter.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0467

Group Campground at Wild River State Park,
Minnesota - Logs Around Firepit



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356486374
1311001466

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356486374/stock-photo-logs-surround-a-campfire-fire-pit-
and-grill-in-a-group-camping-area-at-wild-river-state-park.html
http://www.shutterstock.com/pic-1311001466/stock-photo-logs-surround-a-campfire-fire-pit-
and-grill-in-a-group-camping-area-at-wild-river-state-park.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.

VA 2-133-848

Photograph

184F0097

Thayers Landing on the Saint Croix River, Danbury, Wisconsin



**Examples of Infringement by Shutterstock**

Shutterstock IDs

1356484268

Shutterstock Detail Pages

http://www.shutterstock.com/pic-1356484268/stock-photo-thayers-landing-on-the-saint-croix-river-danbury-wisconsin.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1356484268

## Original Photograph

| U.S. Copyright Office Reg. No. | Photograph | |
| --- | --- | --- |
| VA 2-129-807 | 184D0453 | Plant - Macro Photo - Autumn at Wild River State Park |



## Examples of Infringement by Shutterstock

Shutterstock IDs       Shutterstock Detail Pages

1356487925
1310357629

http://www.shutterstock.com/pic-1356487925/stock-photo-frost-covered-plants-in-the-amador-prairie-at-wild-river-state-park-minnesota-in-late-autumn.html
http://www.shutterstock.com/pic-1310357629/stock-photo-frost-covered-plants-in-the-amador-prairie-at-wild-river-state-park-minnesota-in-late-autumn.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.      Photograph

VA 2-133-850              184E0023    Bear Creek at Saint Croix State Park, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1356486434    http://www.shutterstock.com/pic-1356486434/stock-photo-ice-forms-on-bear-creek-as-it-winds-
1311001451    towards-the-st-croix-river-at-st-croix-state-park-minnesota.html
              http://www.shutterstock.com/pic-1311001451/stock-photo-ice-forms-on-bear-creek-as-it-winds-
              towards-the-st-croix-river-at-st-croix-state-park-minnesota.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.       Photograph
VA 2-147-626                191C0063    Snowman at Tettegouche State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages
1356490715    http://www.shutterstock.com/pic-1356490715/stock-photo-a-snowman-at-the-tettegouche-state-
1310993768    park-campground-in-winter-minnesota-s-north-shore.html
          http://www.shutterstock.com/pic-1310993768/stock-photo-a-snowman-at-the-tettegouche-state-
          park-campground-in-winter-minnesota-s-north-shore.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.
VA 2-129-807

Photograph
184D0473

Camping Cabin at Wild River State Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs
1356490337
1310238427

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1356490337/stock-photo-a-camping-cabin-at-wild-river-state-park-minnesota-in-autumn.html
http://www.shutterstock.com/pic-1310238427/stock-photo-a-camping-cabin-at-wild-river-state-park-minnesota-in-autumn.html

Examples of Photographs as Displayed by Shutterstock



www.shutterstock.com · 1310238427



www.shutterstock.com · 1356490337

**Original Photograph**

U.S. Copyright Office Reg. No.        Photograph

VA 2-133-848                 184F0119     Fall Colors in Aspen, Colorado - Autumn Foliage



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356483914   http://www.shutterstock.com/pic-1356483914/stock-photo-yellow-aspens-along-maroon-creek-
1310268931   road-near-aspen-colorado-in-autumn.html
             http://www.shutterstock.com/pic-1310268931/stock-photo-yellow-aspens-along-maroon-creek-
             road-near-aspen-colorado-in-autumn.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.
VA 2-143-906

Photograph
191B0046

Grand Portage National Monument, Minnesota



## Examples of Infringement by Shutterstock

Shutterstock IDs
1310977922
1356487901

Shutterstock Detail Pages
http://www.shutterstock.com/pic-1310977922/stock-photo-grand-portage-national-monument-on-lake-superior-in-grand-portage-on-minnesota-s-north-shore-in.html
http://www.shutterstock.com/pic-1356487901/stock-photo-grand-portage-national-monument-on-lake-superior-in-grand-portage-on-minnesota-s-north-shore-in.html

Examples of Photographs as Displayed by Shutterstock





**Original Photograph**

U.S. Copyright Office Reg. No.

VA 2-142-502

Photograph

191A0015      Snowy North Shore at Gooseberry Falls State
              Park, Minnesota



**Examples of Infringement by Shutterstock**

Shutterstock IDs    Shutterstock Detail Pages

1356484007          http://www.shutterstock.com/pic-1356484007/stock-photo-the-shores-of-lake-superior-as-seen-
1310241967          from-gooseberry-falls-state-park-minnesota-on-a-winter.html
                    http://www.shutterstock.com/pic-1310241967/stock-photo-the-shores-of-lake-superior-as-seen-
                    from-gooseberry-falls-state-park-minnesota-on-a-winter.html

Examples of Photographs as Displayed by Shutterstock





## Original Photograph

U.S. Copyright Office Reg. No.       Photograph

VA 2-229-733            204A0100    Minnesota State Capitol - Saint Paul



## Examples of Infringement by Shutterstock

Shutterstock IDs    Shutterstock Detail Pages

1851646171    https://www.shutterstock.com/image-photo/minnesota-usa-november-3-2020-dome-1851646171

Examples of Photographs as Displayed by Shutterstock

