# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-229-733**

**Effective Date of Registration:**
November 10, 2020
**Registration Decision Date:**
December 30, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:  October 21, 2020 to November 08, 2020

## Title

| | |
|---|---|
| **Title of Group:** | Tony Webster Published Photographs 2020 Q4 Set A |
| **Number of Photographs in Group:** | 100 |
| • **Individual Photographs:** | 204A0001 Snowy Cedar Lake - Minneapolis, 204A0002 Cedar Lake in Winter - Minneapolis, 204A0003 Aquila Park in Winter - Saint Louis Park - Minnesota, 204A0004 Snow on June Avenue - Golden Valley - Minnesota, 204A0005 St. Louis Park Snowfall - Texas Avenue, 204A0006 Ryan Winkler for State Representative - MN 46A, 204A0007 I-394 Highway Noise Barrier at Wayzata Boulevard - Golden Valley - Minnesota, 204A0008 3520 Aquila Circle - St. Louis Park Apartment Building - Innovative Properties, 204A0009 VW Vanagon in Minnesota, 204A0010 Dogs 2020 - Because Humans Suck, 204A0011 Lake of the Isles Snowfall, 204A0012 Black Lives Matter Sign in Minnesota Snow, 204A0013 Cedar Lake Regional Trail - Minneapolis - Minnesota, 204A0014 74A02356-minnesota-secretary-of-state-facebook-tw-2 |
| **Published:** | October 2020 |
| • **Individual Photographs:** | 204A0015 Southwest Light Rail (SWLRT) Bridge Construction at Beltline Boulevard, 204A0016 Urgent Care Clinic - Doctor's Office, 204A0017 Via Sol Apartments - PLACE Development - Saint Louis Park - Minnesota, 204A0018 The Ellipse on Excelsior Boulevard Apartments - Minneapolis - St. Louis Park, 204A0019 Allina Health Greenway Clinic, 204A0020 Pella Impervia Windows and 3M Waterproofing - Building Construction, 204A0021 Parkway Place Apartments - St. Louis Park Minnesota, 204A0022 3701 West Lake Street Apartments - Minneapolis, 204A0023 The Ellipse on Excelsior, 204A0024 Melrose Center - HealthPartners - Saint Louis Park, 204A0025 Mill Valley Kitchen - Restaurant in Saint Louis Park - Minnesota, 204A0026 Park Glen Business Center - Commercial Office Building in Saint Louis Park, 204A0027 3701 Wayzata Boulevard Building - Minneapolis, 204A0028 SWLRT Construction - Bridge over Beltline Boulevard - Saint Louis Park, 204A0029 Thank You Saint Louis Park Police, 204A0030 Calhoun Dental - Dentist's Office in Minneapolis, 204A0031 Beltline Boulevard Bridge - Southwest Light Rail Metro Green Line Extension Construction, 204A0032 Park Glen Corporate Center - 4500 Park Glen Road - St. Louis Park, 204A0033 Justice Ruth Bader Ginsburg, 204A0034 Tina Smith for Senate - Minnesota, 204A0035 Westside Center - Commercial Building - St. Louis Park, 204A0036 Zerorez of Minnesota Carpet Cleaning, 204A0037 Cedar Trails Condos - St. |

Page 1 of 4

**EXHIBIT B**
**Page 1 of 23**

Louis Park, 204A0038 Sabes Jewish Community Center (JCC) - St. Louis Park - Minnesota, 204A0039 Barry Family Jewish Community Campus, 204A0040 Lacy Johnson for Congress - CD5 - Minnesota, 204A0041 Lurie LLP - Minneapolis CPA Firm, 204A0042 Watson-Forsberg Contractors - Building Under Construction, 204A0043 Washburn Center for Children - Minneapolis - Minnesota, 204A0044 Car Bumper After Crash

**Published:** November 2020

- **Individual Photographs:** 204A0045 Kenwood Parkway - Minneapolis - Minnesota, 204A0046 Biden Harris 2020 Flag on House, 204A0047 Kenwood Minneapolis Home, 204A0048 River Bend Education Center - Minneapolis Public Schools, 204A0049 Lake of the Isles - November in Minneapolis, 204A0050 Sean 50565369072, 204A0051 Voting is Sacred - Black Lives Matter, 204A0052 Wilson Park - Richfield - Minnesota in Autumn, 204A0053 Eagandale Business Campus, 204A0054 Ergotron Headquarters - Eagan - Minnesota, 204A0055 Lemay Lake - Moonshine Park - Eagan - Minnesota, 204A0056 Moonshine Park and Retreat Center - City of Eagan - Minnesota, 204A0057 MNvotes.org 2020 Election, 204A0058 Eagan Business Center and TempWorks Software - Minnesota, 204A0059 Stevens Equipment Supply - Minnesota, 204A0060 Grafix Shoppe - Eagan - Minnesota, 204A0061 Lafarge North America Eagan Fly Ash Cement Terminal - Minnesota (LafargeHolcim), 204A0062 Future Thru Street Planned With Development - Eagan Hwy 55 at Louis Lane, 204A0063 Woodbury City Hall - Minnesota, 204A0064 Petroleum Pipeline - Magellan Midstream Partners, 204A0065 Mary Giuliani Stephens for Minnesota Senate (SD 53), 204A0066 Trump Pence - Make America Great Again Signs in Minnesota, 204A0067 Susan Kent for Minnesota Senate (SD 53), 204A0068 Trump Pence 2020 - Vote Law and Order - Republican Yard Signs, 204A0069 Vote Here - Election Polling Place, 204A0070 Self Esteem Brands - Anytime Fitness Headquarters Office, 204A0071 Battle Creek Lake - Woodbury - Minnesota, 204A0072 Harvey Vogel Manufacturing - Woodbury - Minnesota, 204A0073 Park and Baseball Field - Battle Creek Middle School - St. Paul, 204A0074 Galls Law Enforcement Police Supply Retail Store, 204A0075 Keg and Case - West 7th Market - Saint Paul, 204A0076 Hubert H. Humphrey Statue at Minnesota State Capitol, 204A0077 Cedar-Riverside Post-Election Protest in Minneapolis

**Published:** November 2020

- **Individual Photographs:** 204A0078 Justice for George Floyd - Post-Election Protest, 204A0079 Our Futures Count - Minneapolis Protest After 2020 Election, 204A0080 Minneapolis Protest - Justice for George Floyd, 204A0081 UR_50568729416, 204A0082 No Killer Cops - No ICE Raids - No U.S. Wars - Black Native Stolen Lives Matter, 204A0083 Murderous Police - Minneapolis Protest, 204A0084 November 4 2020 Protest in Minneapolis, 204A0085 I-94 Freeway Protest in Minneapolis, 204A0086 Jews Against Fascism - Minneapolis, 204A0087 Together We Rise - Minneapolis Rally Protest, 204A0088 Fair Wages - Minneapolis March, 204A0089 Remove Trump Pence Now - Minneapolis Rally, 204A0090 Together We Rise: March to Decide Our Future, 204A0091 Count Every Vote - Minneapolis After Biden Win, 204A0092 Biden Elected President - Minneapolis, 204A0093 Justice for Jamar Clark Protest Outside 4th Precinct - Minneapolis, 204A0094 Summer Farmland Dirt Road - Edgemont - South Dakota, 204A0095 Wood Fence in the Grass, 204A0096 Minnesota State Capitol at Sunset, 204A0097 High Bridge over the Mississippi River - Saint Paul, 204A0098 Riverview at Upper Landing Apartments - Saint Paul, 204A0099 Schmidt Artist Lofts - St. Paul, 204A0100 Minnesota State Capitol - Saint Paul

**Published:** November 2020

**EXHIBIT B**
**Page 2 of 23**



## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | October 21, 2020 |
| **Latest Publication Date in Group:** | November 08, 2020 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Tony Webster |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1986 |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Tony Webster |
| | 8014 Olson Memorial Hwy # 252, Golden Valley, MN, 55427, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Tony Webster |
| **Email:** | tony@tonywebster.com |
| **Telephone:** | (202)930-9200 |
| **Address:** | 8014 Olson Memorial Hwy # 252 |
| | Golden Valley, MN 55427 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Tony Webster |
| **Date**: | November 10, 2020 |
| **Applicant's Tracking Number**: | 204A |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as |

.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**EXHIBIT B**
**Page 4 of 23**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Crisler*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-147-626

**Effective Date of Registration:**
April 04, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:**  January 09, 2019 to April 03, 2019

**Title** 

|  |  |
|---|---|
| **Title of Group:** | Tony Webster Published Photographs 2019 Q1 Set C |
| **Number of Photographs in Group:** | 180 |

- **Individual Photographs:** 191C0001, 191C0002, 191C0003, 191C0004, 191C0005, 191C0006, 191C0007, 191C0008, 191C0009, 191C0010, 191C0011, 191C0012, 191C0013, 191C0014, 191C0015, 191C0016, 191C0017, 191C0018, 191C0019, 191C0020, 191C0021, 191C0022, 191C0023, 191C0024, 191C0025, 191C0026, 191C0027, 191C0028, 191C0029, 191C0030, 191C0031, 191C0032, 191C0033, 191C0034, 191C0035, 191C0036, 191C0037, 191C0038, 191C0039, 191C0040, 191C0041, 191C0042, 191C0043, 191C0044, 191C0045, 191C0046, 191C0047, 191C0048, 191C0049, 191C0050, 191C0051, 191C0052, 191C0053, 191C0054, 191C0055, 191C0056, 191C0057, 191C0058, 191C0059, 191C0060, 191C0061, 191C0062, 191C0063, 191C0064, 191C0065, 191C0066, 191C0067, 191C0068, 191C0069, 191C0070, 191C0071, 191C0072, 191C0073
- **Published:** January 2019

- **Individual Photographs:** 191C0074, 191C0075, 191C0076, 191C0077, 191C0078, 191C0079, 191C0080, 191C0081, 191C0082, 191C0083, 191C0084, 191C0085, 191C0086, 191C0087, 191C0088, 191C0089, 191C0090, 191C0091, 191C0092, 191C0093, 191C0094, 191C0095, 191C0096, 191C0097, 191C0098, 191C0099, 191C0100, 191C0101, 191C0102, 191C0103, 191C0104, 191C0105, 191C0106, 191C0107
- **Published:** February 2019

- **Individual Photographs:** 191C0108, 191C0109, 191C0110, 191C0111, 191C0112, 191C0113, 191C0114, 191C0115, 191C0116, 191C0117, 191C0118, 191C0119, 191C0120, 191C0121, 191C0122, 191C0123, 191C0124, 191C0125, 191C0126, 191C0127, 191C0128, 191C0129, 191C0130, 191C0131, 191C0132, 191C0133, 191C0134, 191C0135, 191C0136, 191C0137, 191C0138, 191C0139, 191C0140, 191C0141, 191C0142, 191C0143, 191C0144, 191C0145, 191C0146, 191C0147
- **Published:** March 2019

- **Individual Photographs:** 191C0148, 191C0149, 191C0150, 191C0151, 191C0152, 191C0153, 191C0154, 191C0155, 191C0156, 191C0157, 191C0158, 191C0159, 191C0160, 191C0161, 191C0162, 191C0163, 191C0164, 191C0165,

|  | 191C0166, 191C0167, 191C0168, 191C0169, 191C0170, 191C0171, 191C0172, 191C0173, 191C0174, 191C0175, 191C0176, 191C0177, 191C0178, 191C0179, 191C0180 |
| **Published:** | April 2019 |

## Completion/Publication

| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | January 09, 2019 |
| **Latest Publication Date in Group:** | April 03, 2019 |
| **Nation of First Publication:** | United States |

## Author

| • **Author:** | Tony Webster |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1986 |

## Copyright Claimant

| **Copyright Claimant:** | Tony Webster |
|  | 8014 Olson Memorial Hwy # 252, Golden Valley, MN, 55427, United States |

## Rights and Permissions

| **Name:** | Tony Webster |
| **Email:** | tony@tonywebster.com |
| **Telephone:** | (202)930-9200 |

## Certification

| **Name:** | Tony Webster |
| **Date:** | April 03, 2019 |
| **Applicant's Tracking Number:** | 191C |

| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph |

**EXHIBIT B**
**Page 6 of 23**



included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-147-455

**Effective Date of Registration:**
April 04, 2019
**Registration Decision Date:**
April 17, 2019

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 09, 2019 to April 03, 2019

### Title _____

|  |  |
|---|---|
| **Title of Group:** | Tony Webster Published Photographs 2019 Q1 Set D |
| **Number of Photographs in Group:** | 169 |

- **Individual Photographs:** 191D0001, 191D0002, 191D0003, 191D0004, 191D0005, 191D0006, 191D0007, 191D0008, 191D0009, 191D0010, 191D0011, 191D0012, 191D0013, 191D0014, 191D0015, 191D0016, 191D0017, 191D0018, 191D0019, 191D0020, 191D0021, 191D0022, 191D0023, 191D0024, 191D0025, 191D0026, 191D0027, 191D0028, 191D0029, 191D0030, 191D0031, 191D0032, 191D0033, 191D0034, 191D0035, 191D0036, 191D0037, 191D0038, 191D0039, 191D0040, 191D0041, 191D0042
  **Published:** January 2019

- **Individual Photographs:** 191D0043, 191D0044, 191D0045, 191D0046, 191D0047, 191D0048, 191D0049, 191D0050
  **Published:** February 2019

- **Individual Photographs:** 191D0051, 191D0052, 191D0053, 191D0054, 191D0055, 191D0056, 191D0057, 191D0058, 191D0059, 191D0060, 191D0061, 191D0062, 191D0063, 191D0064, 191D0065, 191D0066, 191D0067, 191D0068, 191D0069, 191D0070, 191D0071, 191D0072, 191D0073, 191D0074, 191D0075, 191D0076, 191D0077, 191D0078, 191D0079, 191D0080, 191D0081, 191D0082, 191D0083, 191D0084, 191D0085, 191D0086, 191D0087, 191D0088, 191D0089, 191D0090, 191D0091, 191D0092, 191D0093, 191D0094, 191D0095, 191D0096, 191D0097, 191D0098, 191D0099, 191D0100, 191D0101, 191D0102, 191D0103, 191D0104, 191D0105, 191D0106, 191D0107, 191D0108, 191D0109, 191D0110, 191D0111, 191D0112, 191D0113, 191D0114, 191D0115, 191D0116, 191D0117, 191D0118, 191D0119, 191D0120, 191D0121
  **Published:** March 2019

- **Individual Photographs:** 191D0122, 191D0123, 191D0124, 191D0125, 191D0126, 191D0127, 191D0128, 191D0129, 191D0130, 191D0131, 191D0132, 191D0133, 191D0134, 191D0135, 191D0136, 191D0137, 191D0138, 191D0139, 191D0140, 191D0141, 191D0142, 191D0143, 191D0144, 191D0145, 191D0146, 191D0147, 191D0148, 191D0149, 191D0150, 191D0151, 191D0152, 191D0153, 191D0154, 191D0155, 191D0156, 191D0157,

191D0158, 191D0159, 191D0160, 191D0161, 191D0162, 191D0163, 191D0164, 191D0165, 191D0166, 191D0167, 191D0168, 191D0169

**Published:**  April 2019

## Completion/Publication

**Year of Completion:**  2019
**Earliest Publication Date in Group:**  January 09, 2019
**Latest Publication Date in Group:**  April 03, 2019
**Nation of First Publication:**  United States

## Author

- **Author:**  Tony Webster
**Author Created:**  photographs
**Work made for hire:**  No
**Citizen of:**  United States
**Domiciled in:**  United States
**Year Born:**  1986

## Copyright Claimant

**Copyright Claimant:**  Tony Webster
8014 Olson Memorial Hwy # 252, Golden Valley, MN, 55427, United States

## Rights and Permissions

**Name:**  Tony Webster
**Email:**  tony@tonywebster.com
**Telephone:**  (202)930-9200
**Alt. Phone:**  (202)930-9201

## Certification

**Name:**  Tony Webster
**Date:**  April 04, 2019
**Applicant's Tracking Number:**  191D

---

**Correspondence:**  Yes
**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs



containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Turla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-143-906**

**Effective Date of Registration:**
March 23, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:**   January 01, 2019 to March 20, 2019

## Title _____

          **Title of Group:**   Tony Webster Published Photographs 2019 Q1 Set B
**Number of Photographs in Group:**   130

- **Individual Photographs:**   191B0001, 191B0002, 191B0003, 191B0004, 191B0005, 191B0006,
191B0007, 191B0008, 191B0009, 191B0010, 191B0011, 191B0012,
191B0013, 191B0014, 191B0015, 191B0016, 191B0017, 191B0018,
191B0019, 191B0020, 191B0021, 191B0022, 191B0023, 191B0024,
191B0025, 191B0026, 191B0027, 191B0028, 191B0029, 191B0030,
191B0031, 191B0032, 191B0033, 191B0034, 191B0035, 191B0036,
191B0037, 191B0038, 191B0039, 191B0040, 191B0041, 191B0042,
191B0043, 191B0044, 191B0045, 191B0046, 191B0047, 191B0048,
191B0049, 191B0050, 191B0051, 191B0052, 191B0053, 191B0054,
191B0055, 191B0056, 191B0057, 191B0058, 191B0059, 191B0060
          **Published:**   January 2019

- **Individual Photographs:**   191B0061, 191B0062, 191B0063, 191B0064, 191B0065, 191B0066,
191B0067, 191B0068, 191B0069, 191B0070, 191B0071, 191B0072,
191B0073, 191B0074, 191B0075, 191B0076, 191B0077, 191B0078,
191B0079, 191B0080, 191B0081, 191B0082, 191B0083, 191B0084,
191B0085, 191B0086, 191B0087, 191B0088, 191B0089, 191B0090,
191B0091, 191B0092, 191B0093, 191B0094, 191B0095, 191B0096,
191B0097, 191B0098, 191B0099, 191B0100, 191B0101, 191B0102,
191B0103, 191B0104, 191B0105, 191B0106, 191B0107, 191B0108,
191B0109, 191B0110, 191B0111, 191B0112
          **Published:**   February 2019

- **Individual Photographs:**   191B0113, 191B0114, 191B0115, 191B0116, 191B0117, 191B0118,
191B0119, 191B0120, 191B0121, 191B0122, 191B0123, 191B0124,
191B0125, 191B0126, 191B0127, 191B0128, 191B0129, 191B0130
          **Published:**   March 2019

## Completion/Publication _____

          **Year of Completion:**   2019
**Earliest Publication Date in Group:**   January 01, 2019
**Latest Publication Date in Group:**   March 20, 2019
    **Nation of First Publication:**   United States

## Author

- **Author:** Tony Webster
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1986

## Copyright Claimant

**Copyright Claimant:** Tony Webster
1887 Whitney Mesa Dr # 1615, Henderson, NV, 89014, United States

## Rights and Permissions

**Name:** Tony Webster
**Email:** tony@tonywebster.com
**Telephone:** (202)930-9200

## Certification

**Name:** Tony Webster
**Date:** March 23, 2019
**Applicant's Tracking Number:** 191B

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tinle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-142-502**

**Effective Date of Registration:**
March 04, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 01, 2019 to March 04, 2019

## Title

Title of Group:   Tony Webster Published Photographs 2019 Q1 Set A
Number of Photographs in Group:   128

- **Individual Photographs:**   191A0001, 191A0002, 191A0003, 191A0004, 191A0005, 191A0006, 191A0007, 191A0008, 191A0009, 191A0010, 191A0011, 191A0012, 191A0013, 191A0014, 191A0015, 191A0016, 191A0017, 191A0018, 191A0019, 191A0020, 191A0021, 191A0022, 191A0023, 191A0024, 191A0025, 191A0026, 191A0027, 191A0028, 191A0029, 191A0030, 191A0031, 191A0032, 191A0033, 191A0034, 191A0035, 191A0036, 191A0037, 191A0038, 191A0039, 191A0040, 191A0041, 191A0042, 191A0043, 191A0044, 191A0045, 191A0046, 191A0047, 191A0048, 191A0049, 191A0050, 191A0051, 191A0052, 191A0053, 191A0054, 191A0055, 191A0056, 191A0057, 191A0058, 191A0059, 191A0060, 191A0061, 191A0062, 191A0063, 191A0064, 191A0065, 191A0066, 191A0067, 191A0068, 191A0069, 191A0070, 191A0071, 191A0072, 191A0073, 191A0074, 191A0075
  Published:   January 2019

- **Individual Photographs:**   191A0076, 191A0077, 191A0078, 191A0079, 191A0080, 191A0081, 191A0082, 191A0083, 191A0084, 191A0085, 191A0086, 191A0087, 191A0088, 191A0089, 191A0090, 191A0091, 191A0092, 191A0093, 191A0094, 191A0095, 191A0096, 191A0097, 191A0098, 191A0099, 191A0100, 191A0101, 191A0102, 191A0103, 191A0104, 191A0105, 191A0106, 191A0107, 191A0108, 191A0109, 191A0110, 191A0111, 191A0112, 191A0113, 191A0114, 191A0115, 191A0116, 191A0117, 191A0118, 191A0119, 191A0120, 191A0121, 191A0122, 191A0123
  Published:   February 2019

- **Individual Photographs:**   191A0124, 191A0125, 191A0126, 191A0127, 191A0128
  Published:   March 2019

## Completion/Publication

Year of Completion:   2019
Earliest Publication Date in Group:   January 01, 2019
Latest Publication Date in Group:   March 04, 2019
Nation of First Publication:   United States

**EXHIBIT B**
**Page 13 of 23**

## Author _____

|  |  |  |
|---|---|---|
| • | **Author:** | Tony Webster |
|  | **Author Created:** | photographs |
|  | **Work made for hire:** | No |
|  | **Citizen of:** | United States |
|  | **Domiciled in:** | United States |
|  | **Year Born:** | 1986 |

## Copyright Claimant _____

**Copyright Claimant:** Tony Webster
1887 Whitney Mesa Drive # 1615, Henderson, NV, 89014, United States

## Rights and Permissions _____

| **Name:** | Tony Webster |
|---|---|
| **Email:** | tony@tonywebster.com |
| **Telephone:** | (202)930-9200 |

## Certification _____

| **Name:** | Tony Webster |
|---|---|
| **Date:** | March 04, 2019 |
| **Applicant's Tracking Number:** | 191A |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tenley*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-133-850

**Effective Date of Registration:**
December 31, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   December 08, 2018 to December 31, 2018

## Title

**Title of Group:**   Tony Webster Published Photographs 2018 Q4 Set E; 150 photographs / Group Registration.

**Number of Photographs in Group:**   150

- **Individual Photographs:**   184E0001, 184E0002, 184E0003, 184E0004, 184E0005, 184E0006, 184E0007, 184E0008, 184E0009, 184E0010, 184E0011, 184E0012, 184E0013, 184E0014, 184E0015, 184E0016, 184E0017, 184E0018, 184E0019, 184E0020, 184E0021, 184E0022, 184E0023, 184E0024, 184E0025, 184E0026, 184E0027, 184E0028, 184E0029, 184E0030, 184E0031, 184E0032, 184E0033, 184E0034, 184E0035, 184E0036, 184E0037, 184E0038, 184E0039, 184E0040, 184E0041, 184E0042, 184E0043, 184E0044, 184E0045, 184E0046, 184E0047, 184E0048, 184E0049, 184E0050, 184E0051, 184E0052, 184E0053, 184E0054, 184E0055, 184E0056, 184E0057, 184E0058, 184E0059, 184E0060, 184E0061, 184E0062, 184E0063, 184E0064, 184E0065, 184E0066, 184E0067, 184E0068, 184E0069, 184E0070, 184E0071, 184E0072, 184E0073, 184E0074, 184E0075, 184E0076, 184E0077, 184E0078, 184E0079, 184E0080, 184E0081, 184E0082, 184E0083, 184E0084, 184E0085, 184E0086, 184E0087, 184E0088, 184E0089, 184E0090, 184E0091, 184E0092, 184E0093, 184E0094, 184E0095, 184E0096, 184E0097, 184E0098, 184E0099, 184E0100

  **Published:**   December 2018

- **Individual Photographs:**   184E0101, 184E0102, 184E0103, 184E0104, 184E0105, 184E0106, 184E0107, 184E0108, 184E0109, 184E0110, 184E0111, 184E0112, 184E0113, 184E0114, 184E0115, 184E0116, 184E0117, 184E0118, 184E0119, 184E0120, 184E0121, 184E0122, 184E0123, 184E0124, 184E0125, 184E0126, 184E0127, 184E0128, 184E0129, 184E0130, 184E0131, 184E0132, 184E0133, 184E0134, 184E0135, 184E0136, 184E0137, 184E0138, 184E0139, 184E0140, 184E0141, 184E0142, 184E0143, 184E0144, 184E0145, 184E0146, 184E0147, 184E0148, 184E0149, 184E0150

  **Published:**   December 2018

## Completion/Publication

**Year of Completion:**   2018

Page 1 of 2



| | |
|---|---|
| **Earliest Publication Date in Group:** | December 08, 2018 |
| **Latest Publication Date in Group:** | December 31, 2018 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Tony Webster
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1986

## Copyright Claimant

**Copyright Claimant:** Tony Webster
8014 Olson Memorial Hwy # 252, Golden Valley, MN, 55427, United States

## Rights and Permissions

**Name:** Tony Webster
**Email:** tony@tonywebster.com
**Telephone:** (202)930-9200
**Address:** 8014 Olson Memorial Hwy # 252
Golden Valley, MN 55427 United States

## Certification

**Name:** Tony Webster
**Date:** December 31, 2018
**Applicant's Tracking Number:** 184E

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tisle*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-133-848

**Effective Date of Registration:**
December 31, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   December 09, 2018 to December 31, 2018

## Title

|  |  |
|---|---|
| **Title of Group:** | Tony Webster Published Photographs 2018 Q4 Set F; 210 photographs / Group Registration. |
| **Number of Photographs in Group:** | 210 |

- **Individual Photographs:** 184F0001, 184F0002, 184F0003, 184F0004, 184F0005, 184F0006, 184F0007, 184F0008, 184F0009, 184F0010, 184F0011, 184F0012, 184F0013, 184F0014, 184F0015, 184F0016, 184F0017, 184F0018, 184F0019, 184F0020, 184F0021, 184F0022, 184F0023, 184F0024, 184F0025, 184F0026, 184F0027, 184F0028, 184F0029, 184F0030, 184F0031, 184F0032, 184F0033, 184F0034, 184F0035, 184F0036, 184F0037, 184F0038, 184F0039, 184F0040, 184F0041, 184F0042, 184F0043, 184F0044, 184F0045, 184F0046, 184F0047, 184F0048, 184F0049, 184F0050, 184F0051, 184F0052, 184F0053, 184F0054, 184F0055, 184F0056, 184F0057, 184F0058, 184F0059, 184F0060, 184F0061, 184F0062, 184F0063, 184F0064, 184F0065, 184F0066, 184F0067, 184F0068, 184F0069, 184F0070, 184F0071, 184F0072, 184F0073, 184F0074, 184F0075, 184F0076, 184F0077, 184F0078, 184F0079, 184F0080, 184F0081, 184F0082, 184F0083, 184F0084, 184F0085, 184F0086, 184F0087, 184F0088, 184F0089, 184F0090, 184F0091, 184F0092, 184F0093, 184F0094, 184F0095, 184F0096, 184F0097, 184F0098, 184F0099, 184F0100

  **Published:** December 2018

- **Individual Photographs:** 184F0101, 184F0102, 184F0103, 184F0104, 184F0105, 184F0106, 184F0107, 184F0108, 184F0109, 184F0110, 184F0111, 184F0112, 184F0113, 184F0114, 184F0115, 184F0116, 184F0117, 184F0118, 184F0119, 184F0120, 184F0121, 184F0122, 184F0123, 184F0124, 184F0125, 184F0126, 184F0127, 184F0128, 184F0129, 184F0130, 184F0131, 184F0132, 184F0133, 184F0134, 184F0135, 184F0136, 184F0137, 184F0138, 184F0139, 184F0140, 184F0141, 184F0142, 184F0143, 184F0144, 184F0145, 184F0146, 184F0147, 184F0148, 184F0149, 184F0150, 184F0151, 184F0152, 184F0153, 184F0154, 184F0155, 184F0156, 184F0157, 184F0158, 184F0159, 184F0160, 184F0161, 184F0162, 184F0163, 184F0164, 184F0165, 184F0166, 184F0167, 184F0168, 184F0169, 184F0170, 184F0171, 184F0172, 184F0173, 184F0174, 184F0175, 184F0176, 184F0177, 184F0178, 184F0179, 184F0180, 184F0181, 184F0182, 184F0183, 184F0184, 184F0185, 184F0186, 184F0187, 184F0188, 184F0189, 184F0190, 184F0191, 184F0192, 184F0193, 184F0194, 184F0195, 184F0196, 184F0197, 184F0198, 184F0199, 184F0200, 184F0201, 184F0202, 184F0203, 184F0204, 184F0205, 184F0206, 184F0207, 184F0208, 184F0209, 184F0210

  **Published:** December 2018



## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | December 09, 2018 |
| **Latest Publication Date in Group:** | December 31, 2018 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Tony Webster |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1986 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Tony Webster |
| | 1615 44th Ave N, Minneapolis, MN, 55412, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Tony Webster |
| **Email:** | tony@tonywebster.com |
| **Telephone:** | (202)930-9200 |
| **Address:** | 8014 Olson Memorial Hwy # 252 |
| | Golden Valley, MN 55427 United States |

## Certification

| | |
|---|---|
| **Name:** | Tony Webster |
| **Date:** | December 31, 2018 |
| **Applicant's Tracking Number:** | 184F |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as |

.XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tuple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-129-807

**Effective Date of Registration:**
December 06, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  September 10, 2018 to December 05, 2018

## Title _____

| | |
|---|---|
| **Title of Group:** | Tony Webster Published Photographs 2018 Q4 Set D; 490 photographs / Group Registration. |
| **Number of Photographs in Group:** | 490 |

- **Individual Photographs:**

184D0001, 184D0002, 184D0003, 184D0004, 184D0005, 184D0006, 184D0007, 184D0008, 184D0009, 184D0010, 184D0011, 184D0012, 184D0013, 184D0014, 184D0015, 184D0016, 184D0017, 184D0018, 184D0019, 184D0020, 184D0021, 184D0022, 184D0023, 184D0024, 184D0025, 184D0026, 184D0027, 184D0028, 184D0029, 184D0030, 184D0031, 184D0032, 184D0033, 184D0034, 184D0035, 184D0036, 184D0037, 184D0038, 184D0039, 184D0040, 184D0041, 184D0042, 184D0043, 184D0044, 184D0045, 184D0046, 184D0047, 184D0048, 184D0049, 184D0050, 184D0051, 184D0052, 184D0053, 184D0054, 184D0055, 184D0056, 184D0057, 184D0058, 184D0059, 184D0060, 184D0061, 184D0062, 184D0063, 184D0064, 184D0065, 184D0066, 184D0067, 184D0068, 184D0069, 184D0070, 184D0071, 184D0072, 184D0073, 184D0074, 184D0075, 184D0076, 184D0077, 184D0078, 184D0079, 184D0080, 184D0081, 184D0082, 184D0083, 184D0084, 184D0085, 184D0086, 184D0087, 184D0088, 184D0089, 184D0090, 184D0091, 184D0092, 184D0093, 184D0094, 184D0095, 184D0096, 184D0097, 184D0098, 184D0099, 184D0100, 184D0101, 184D0102, 184D0103, 184D0104, 184D0105, 184D0106, 184D0107, 184D0108, 184D0109, 184D0110

**Published:**  September 2018

- **Individual Photographs:**

184D0111, 184D0112, 184D0113, 184D0114, 184D0115, 184D0116, 184D0117, 184D0118, 184D0119, 184D0120, 184D0121, 184D0122, 184D0123, 184D0124, 184D0125, 184D0126, 184D0127, 184D0128, 184D0129, 184D0130, 184D0131, 184D0132, 184D0133, 184D0134, 184D0135, 184D0136, 184D0137, 184D0138, 184D0139, 184D0140, 184D0141, 184D0142, 184D0143, 184D0144, 184D0145, 184D0146, 184D0147, 184D0148, 184D0149, 184D0150, 184D0151, 184D0152, 184D0153, 184D0154, 184D0155, 184D0156, 184D0157, 184D0158, 184D0159, 184D0160, 184D0161, 184D0162, 184D0163, 184D0164, 184D0165, 184D0166, 184D0167, 184D0168, 184D0169, 184D0170, 184D0171, 184D0172, 184D0173, 184D0174, 184D0175, 184D0176, 184D0177, 184D0178

**Published:**  October 2018

- **Individual Photographs:** 184D0179, 184D0180, 184D0181, 184D0182, 184D0183, 184D0184, 184D0185, 184D0186, 184D0187, 184D0188, 184D0189, 184D0190, 184D0191, 184D0192, 184D0193, 184D0194, 184D0195, 184D0196, 184D0197, 184D0198, 184D0199, 184D0200, 184D0201, 184D0202, 184D0203, 184D0204, 184D0205, 184D0206, 184D0207, 184D0208, 184D0209, 184D0210, 184D0211, 184D0212, 184D0213, 184D0214, 184D0215, 184D0216, 184D0217, 184D0218, 184D0219, 184D0220, 184D0221, 184D0222, 184D0223, 184D0224, 184D0225, 184D0226, 184D0227, 184D0228, 184D0229, 184D0230, 184D0231, 184D0232, 184D0233, 184D0234, 184D0235, 184D0236, 184D0237, 184D0238, 184D0239, 184D0240, 184D0241, 184D0242, 184D0243, 184D0244, 184D0245, 184D0246, 184D0247, 184D0248, 184D0249, 184D0250, 184D0251, 184D0252, 184D0253, 184D0254, 184D0255, 184D0256, 184D0257, 184D0258, 184D0259, 184D0260, 184D0261, 184D0262, 184D0263, 184D0264, 184D0265, 184D0266, 184D0267, 184D0268, 184D0269, 184D0270, 184D0271, 184D0272, 184D0273, 184D0274, 184D0275, 184D0276, 184D0277, 184D0278

    **Published:** November 2018

- **Individual Photographs:** 184D0279, 184D0280, 184D0281, 184D0282, 184D0283, 184D0284, 184D0285, 184D0286, 184D0287, 184D0288, 184D0289, 184D0290, 184D0291, 184D0292, 184D0293, 184D0294, 184D0295, 184D0296, 184D0297, 184D0298, 184D0299, 184D0300, 184D0301, 184D0302, 184D0303, 184D0304, 184D0305, 184D0306, 184D0307, 184D0308, 184D0309, 184D0310, 184D0311, 184D0312, 184D0313, 184D0314, 184D0315, 184D0316, 184D0317, 184D0318, 184D0319, 184D0320, 184D0321, 184D0322, 184D0323, 184D0324, 184D0325, 184D0326, 184D0327, 184D0328, 184D0329, 184D0330, 184D0331, 184D0332, 184D0333, 184D0334, 184D0335, 184D0336, 184D0337, 184D0338, 184D0339, 184D0340, 184D0341, 184D0342, 184D0343, 184D0344, 184D0345, 184D0346, 184D0347, 184D0348, 184D0349, 184D0350, 184D0351, 184D0352, 184D0353, 184D0354, 184D0355, 184D0356, 184D0357, 184D0358, 184D0359, 184D0360, 184D0361, 184D0362, 184D0363, 184D0364, 184D0365, 184D0366, 184D0367, 184D0368, 184D0369, 184D0370, 184D0371, 184D0372, 184D0373, 184D0374, 184D0375, 184D0376, 184D0377, 184D0378, 184D0379, 184D0380, 184D0381, 184D0382, 184D0383, 184D0384, 184D0385, 184D0386, 184D0387, 184D0388, 184D0389, 184D0390

    **Published:** November 2018



- **Individual Photographs:** 184D0391, 184D0392, 184D0393, 184D0394, 184D0395, 184D0396, 184D0397, 184D0398, 184D0399, 184D0400, 184D0401, 184D0402, 184D0403, 184D0404, 184D0405, 184D0406, 184D0407, 184D0408, 184D0409, 184D0410, 184D0411, 184D0412, 184D0413, 184D0414, 184D0415, 184D0416, 184D0417, 184D0418, 184D0419, 184D0420, 184D0421, 184D0422, 184D0423, 184D0424, 184D0425, 184D0426, 184D0427, 184D0428, 184D0429, 184D0430, 184D0431, 184D0432, 184D0433, 184D0434, 184D0435, 184D0436, 184D0437, 184D0438, 184D0439, 184D0440, 184D0441, 184D0442, 184D0443, 184D0444, 184D0445, 184D0446, 184D0447, 184D0448, 184D0449, 184D0450, 184D0451, 184D0452, 184D0453, 184D0454, 184D0455, 184D0456, 184D0457, 184D0458, 184D0459, 184D0460, 184D0461, 184D0462, 184D0463, 184D0464, 184D0465, 184D0466, 184D0467, 184D0468, 184D0469, 184D0470, 184D0471, 184D0472, 184D0473, 184D0474, 184D0475, 184D0476, 184D0477, 184D0478, 184D0479, 184D0480, 184D0481, 184D0482, 184D0483, 184D0484, 184D0485, 184D0486, 184D0487, 184D0488, 184D0489, 184D0490

**Published:**   December 2018

## Completion/Publication

**Year of Completion:**   2018
**Earliest Publication Date in Group:**   September 10, 2018
**Latest Publication Date in Group:**   December 05, 2018
**Nation of First Publication:**   United States

## Author

• **Author:**   Tony Webster
**Author Created:**   photographs
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States
**Year Born:**   1986

## Copyright Claimant

**Copyright Claimant:**   Tony Webster
8014 Olson Memorial Hwy # 252, Golden Valley, MN, 55427, United States

## Rights and Permissions

**Name:**   Tony Webster
**Email:**   tony@tonywebster.com
**Telephone:**   (202)930-9200
**Address:**   8014 Olson Memorial Hwy # 252
Golden Valley, MN 55427 United States

## Certification

**Name:**   Tony Webster
**Date**:   December 06, 2018
**Applicant's Tracking Number:**   184D

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application

**EXHIBIT B**
**Page 22 of 23**

Page 3 of 4

materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Golden Eagle Watches Over Allouez Bay Stock Photo (Edit Now) 1309693603 |
| Capture URL: | https://www.shutterstock.com/image-photo/golden-eagle-watches-over-allouez-bay-1309693603 |
| Captured site IP: | 23.56.9.120 |
| Page loaded at (UTC): | Tue, 22 Sep 2020 18:35:01 GMT |
| Capture timestamp (UTC): | Tue, 22 Sep 2020 18:35:34 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | f5a86d1c-f229-456c-98b9-8cfa7939d673 |
| User: | itasca-tw |

PDF REFERENCE #:      2hAaz6St8ChAobvhz629j9

**EXHIBIT C**
**Page 1 of 3**



Document title: Golden Eagle Watches Over Allouez Bay Stock Photo (Edit Now) 1309693603
Capture URL: https://www.shutterstock.com/image-photo/golden-eagle-watches-over-allouez-bay-1309693603
Capture timestamp (UTC): Tue, 22 Sep 2020 18:35:34 GMT

**EXHIBIT C**
**Page 2 of 3**

Page 1 of 2

Similar images



See all

Similar video clips



All categories

| | | | | |
|---|---|---|---|---|
| Abstract | Celebrities | Illustrations/Clip-Art | Parks/Outdoor | Technology |
| Animals/Wildlife | Editorial | Industrial | People | The Arts |
| Backgrounds/Textures | Education | Interiors | Religion | Transportation |
| Beauty/Fashion | Food and Drink | Miscellaneous | Science | Vectors |
| Buildings/Landmarks | Healthcare/Medical | Nature | Signs/Symbols | Vintage |
| Business/Finance | Holidays | Objects | Sports/Recreation | |



We have more than **340 million images** as of June 30, 2020.

English

**Content**
Homepage
Photos
Vectors
Video
Music
Editorial
Popular searches
Coupons
Pricing

**Premium content**
Offset stock photos
Shutterstock Select
Elements / VFX
PremiumBeat
**Tools**
Mobile apps
Shutterstock Editor
Plugins

**For your business**
Shutterstock Premier
Shutterstock Studios
Team Experience
API integrations
**For contributors**
Sell your content
The Shot List
Mobile app

**Our company**
About us
Careers
Press/Media
Investor relations
Blog
**Partner**
API / Developers
Affiliate
Reseller

**Support**
Get help
Accessibility
**Legal**
Terms of use
License agreement
Privacy policy

© 2003-2020 Shutterstock, Inc.

Document title: Golden Eagle Watches Over Allouez Bay Stock Photo (Edit Now) 1309693603
Capture URL: https://www.shutterstock.com/image-photo/golden-eagle-watches-over-allouez-bay-1309693603
Capture timestamp (UTC): Tue, 22 Sep 2020 18:35:34 GMT

**EXHIBIT C**
**Page 3 of 3**

Page 2 of 2

**🔒 Page Vault**

| | |
|---|---|
| Document title: | Edit Images Free Online - The S | Shutterstock Editor |
| Capture URL: | https://www.shutterstock.com/editor/image/st-louis-river-partially-frozenover-ice-1310268904 |
| Captured site IP: | 23.56.9.120 |
| Page loaded at (UTC): | Tue, 22 Sep 2020 18:34:22 GMT |
| Capture timestamp (UTC): | Tue, 22 Sep 2020 18:34:32 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 5e668668-128a-451f-b25a-f6a1bd77c14e |
| User: | itasca-tw |

PDF REFERENCE #:      dLvkD71EEjjadUa7GKkwfM

**EXHIBIT D**
**Page 1 of 2**



Document title: Edit Images Free Online - The S l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/st-louis-river-partially-frozenover-ice-1310268904
Capture timestamp (UTC): Tue, 22 Sep 2020 18:34:32 GMT

**EXHIBIT D**
**Page 2 of 2**

Page 1 of 1

🔒 **Page Vault**

| | |
|---|---|
| Document title: | winter-sunset-two-harbors-breakwater-260nw-1310238418.jpg (433×280) |
| Capture URL: | https://image.shutterstock.com/image-photo/winter-sunset-two-harbors-breakwater-260nw-1310238418.jpg |
| Captured site IP: | 52.85.132.101 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:35:31 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:35:54 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | d1c2eaef-d386-4388-bdda-3281fc55e00f |
| User: | itasca-tw |

**EXHIBIT E**
**Page 1 of 2**

