🔒 Page Vault

| | |
|---|---|
| Document title: | Golden fields along St. John's Road at St. Croix State Park the largest state park in Minnesota. - 站酷海洛 - 正版图片,视频,字体,音乐素材交易平台 - 站酷旗下品牌 |
| Capture URL: | https://www.hellorf.com/image/show/1310357692 |
| Captured site IP: | 39.105.96.82 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:37:03 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:38:51 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | bdf361b1-4284-445d-ac65-1b5948f29965 |
| User: | itasca-tw |

PDF REFERENCE #:      tLnQT6UWNdpmyMBTHTgmde

**EXHIBIT F**
**Page 1 of 8**





Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ˜,[WOS,—óNP} gPNªf ^sS̃

Capture URL: https://www.hellorf.com/image/show/1310357692

Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT

EXHIBIT F
Page 3 of 8

Page 2 of 7

站酷海洛

图片    视频    字体    音乐                        400-6066-100    供图    价格    登录



Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ¨",[WOS,—óNP} gPN¤f ^sS

Capture URL: https://www.hellorf.com/image/show/1310357692

Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT

EXHIBIT F
Page 4 of 8

Page 3 of 7



Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ¯,[WOS,—óNP} gP№ƒ ^sS
Capture URL: https://www.hellorf.com/image/show/1310357692
Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT

EXHIBIT F
Page 5 of 8

Page 4 of 7



Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ™,[WOS,—óNP} gPN¤f ^sS
Capture URL: https://www.hellorf.com/image/show/1310357692
Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT



Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ¯,[WOS,—óNP} gPN¤f ^s$
Capture URL: https://www.hellorf.com/image/show/1310357692
Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT

EXHIBIT F
Page 7 of 8

Page 6 of 7



Document title: Golden fields along St. John&#39;s Road at St. Croix State Park the largest state park in Minnesota. - zÙ'wmwm  - kcrHVþrG,‰Æ¯,[WOS,—óNP} gPN¤f ^sS
Capture URL: https://www.hellorf.com/image/show/1310357692
Capture timestamp (UTC): Mon, 01 Feb 2021 12:38:51 GMT

EXHIBIT F
Page 8 of 8

Page 7 of 7

🔒 Page Vault

| | |
|---|---|
| Document title: | 1310978015.jpg (422×260) |
| Capture URL: | https://hellorfimg.zcool.cn/preview260/1310978015.jpg |
| Captured site IP: | 183.131.118.41 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:36:11 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:36:22 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | ae90e15c-ba9e-4c4e-b367-5ac42305fad3 |
| User: | itasca-tw |

PDF REFERENCE #:      8K6cvGtrRWzz196kXt11sq

**EXHIBIT G**
**Page 1 of 2**



Document title: 1310978015.jpg (422×260)
Capture URL: https://hellorfimg.zcool.cn/preview260/1310978015.jpg
Capture timestamp (UTC): Mon, 01 Feb 2021 12:36:22 GMT

**EXHIBIT G**
**Page 2 of 2**                Page 1 of 1

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Ground view looking upwards of a viewing tower - Royalty Free Stock Photo 1575243883 - Avopix.com |
| Capture URL: | https://avopix.com/premium-photo/1575243883-shutterstock-ground-view-looking-upwards-of-a |
| Captured site IP: | 172.67.184.130 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:37:03 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:37:31 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | e0db9be0-65c4-4c65-b2b7-6ed209839585 |
| User: | itasca-tw |

PDF REFERENCE #:      4RbrbUHjkNcGCEmkA85uMR

**EXHIBIT H**
**Page 1 of 5**



Document title: Ground view looking upwards of a viewing tower - Royalty Free Stock Photo 1575243883 - Avopix.com
Capture URL: https://avopix.com/premium-photo/1575243883-shutterstock-ground-view-looking-upwards-of-a
Capture timestamp (UTC): Mon, 01 Feb 2021 12:37:31 GMT

**EXHIBIT H**
**Page 2 of 5**    Page 1 of 4



## Download this image

**Download this photo**

Use coupon **AVOPIX10** and get 10% discount

| | |
|---|---|
| Shutterstock ID | 1575243883 |
| Added | November 30, 2019 (1 year ago) |
| Ratio | 0.75 |
| Adult | NO |
| Med size (JPG) | 750 x 1000 px, 1.2 Mb, 300 DPI |
| Small size (JPG) | 375 x 500 px, 0.3 Mb, 300 DPI |
| Huge size (JPG) | 3024 x 4032 px, 12.0 Mb, 300 DPI |

**Categories:** Nature   Buildings/Landmarks

Sky   Forest   Nature   Old   Tree   Building   Scene   Outdoor
Beautiful   View   Blue   Background   Wood   Autumn   Travel
Landscape   Park   Architecture   Tower

## Download Free Images

More than 400 000 free photos available for download

Sky   Forest   Nature   Old   Tree   Building   Scene   Outdoor
Beautiful   View   Blue   Background   Wood   Autumn   Travel
Landscape   Park   Architecture   Tower

Ground view looking upwards of a viewing tower. is royalty free stock photo by
reesebickford.
You can buy this royalty free stock image on Avopix.com and Shutterstock website.
With our discount coupon „AVOPIX10" you will save 10 %.

## Free Photos

Document title: Ground view looking upwards of a viewing tower - Royalty Free Stock Photo 1575243883 - Avopix.com
Capture URL: https://avopix.com/premium-photo/1575243883-shutterstock-ground-view-looking-upwards-of-a
Capture timestamp (UTC): Mon, 01 Feb 2021 12:37:31 GMT

# Free Photos

- Abstract
- Beauty & Fashion
- Emotions
- Life
- Places & Monuments
- Things

- Animals
- Business & Finance
- Food & Drink
- Music
- Religion
- Transportation & Traffic

- Architecture & Buildings
- Computer & Communication
- Health & Medical
- Nature & Landscapes
- Science & Technology
- Travel & Vacation

- Backgrounds & Textures
- Education
- Industry & Craft
- People
- Sports

# Premium Photos

- Abstract
- Beauty & Fashion
- Emotions
- Life
- Places & Monuments
- Things

- Animals
- Business & Finance
- Food & Drink
- Music
- Religion
- Transportation & Traffic

- Architecture & Buildings
- Computer & Communication
- Health & Medical
- Nature & Landscapes
- Science & Technology
- Travel & Vacation

- Backgrounds & Textures
- Education
- Industry & Craft
- People
- Sports

# Premium Vectors

- 3D
- Badges
- Buttons
- Flags
- Fruits
- Logo
- Objects
- Silhouettes
- Symbols
- Vegetables

- Abstract
- Banners
- Cars
- Flowers
- Grunge
- Maps
- Patterns
- Social
- Tattoo
- Vintage

- Arrows
- Borders
- Cartoons
- Food
- Icons
- Medical
- Ribbons
- Sports
- Textures
- Wedding

- Backgrounds
- Brushes
- Christmas
- Frames
- Labels
- Nature
- Signs
- Stickers
- Valentines

# Premium Footage

- Aerial
- Backgrounds & Textures
- Editorial
- Green Screen
- Nature
- Science
- Technology

- Animals & Wildlife
- Buildings & Landmarks
- Education
- Health Care
- Objects
- Signs & Symbols
- Time Lapse

- Animation
- Business & Finance
- Fashion
- Holidays
- People
- Slow Motion
- Transportation

- Art
- Celebrities
- Food and Drink
- Industrial
- Religion
- Sports & Recreation
- Travel

**Royalty free stock images, photos, and videos**

Avopix.com offers the best collection of free photos, royalty free stock images, vectors,
illustrations, footage and videos for your next project. From illustrations to vectors, when you need
the perfect images for your website, blog or social media, we have you covered. Our huge
selection of stock footage help you to kick your next movie. Download from Avopix.com is fast and
reliable. In cooperation with Shutterstock we can offer you coupon which can save you 10% from
your next order.

Document title: Ground view looking upwards of a viewing tower - Royalty Free Stock Photo 1575243883 - Avopix.com
Capture URL: https://avopix.com/premium-photo/1575243883-shutterstock-ground-view-looking-upwards-of-a
Capture timestamp (UTC): Mon, 01 Feb 2021 12:37:31 GMT

**EXHIBIT H**

**Page 4 of 5**

- Places & Monuments
- Things

- Religion
- Transportation & Traffic

- Science & Technology
- Travel & Vacation

- Sports

## Premium Photos

- Abstract
- Beauty & Fashion
- Emotions
- Life
- Places & Monuments
- Things

- Animals
- Business & Finance
- Food & Drink
- Music
- Religion
- Transportation & Traffic

- Architecture & Buildings
- Computer & Communication
- Health & Medical
- Nature & Landscapes
- Science & Technology
- Travel & Vacation

- Backgrounds & Textures
- Education
- Industry & Craft
- People
- Sports

## Premium Vectors

- 3D
- Badges
- Buttons
- Flags
- Fruits
- Logo
- Objects
- Silhouettes
- Symbols
- Vegetables

- Abstract
- Banners
- Cars
- Flowers
- Grunge
- Maps
- Patterns
- Social
- Tattoo
- Vintage

- Arrows
- Borders
- Cartoons
- Food
- Icons
- Medical
- Ribbons
- Sports
- Textures
- Wedding

- Backgrounds
- Brushes
- Christmas
- Frames
- Labels
- Nature
- Signs
- Stickers
- Valentines

## Premium Footage

- Aerial
- Backgrounds & Textures
- Editorial
- Green Screen
- Nature
- Science
- Technology

- Animals & Wildlife
- Buildings & Landmarks
- Education
- Health Care
- Objects
- Signs & Symbols
- Time Lapse

- Animation
- Business & Finance
- Fashion
- Holidays
- People
- Slow Motion
- Transportation

- Art
- Celebrities
- Food and Drink
- Industrial
- Religion
- Sports & Recreation
- Travel

### Royalty free stock images, photos, and videos

Avopix.com offers the best collection of free photos, royalty free stock images, vectors,
illustrations, footage and videos for your next project. From illustrations to vectors, when you need
the perfect images for your website, blog or social media, we have you covered. Our huge
selection of stock footage help you to kick your next movie. Download from Avopix.com is fast and
reliable. In cooperation with Shutterstock we can offer you coupon which can save you 10% from
your next order.



© 2021 Avopix.com – Best Free Photos, Free Stock Photos & Footage

All free photos on Avopix are released free of copyrights under Creative Commons CC0 (public domain).
You may download, modify, distribute, and use them royalty-free for anything you like, even in commercial applications.

Document title: Ground view looking upwards of a viewing tower - Royalty Free Stock Photo 1575243883 - Avopix.com
Capture URL: https://avopix.com/premium-photo/1575243883-shutterstock-ground-view-looking-upwards-of-a
Capture timestamp (UTC): Mon, 01 Feb 2021 12:37:31 GMT

**EXHIBIT H**
**Page 5 of 5**

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Minnesota Usa November 3 2020 Dome Stock Photo (Edit Now) 1851646171 |
| Capture URL: | https://www.shutterstock.com/image-photo/minnesota-usa-november-3-2020-dome-1851646171 |
| Captured site IP: | 178.63.171.13 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:34:28 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:34:30 GMT |
| Capture tool: | 2.13.0 |
| Collection server IP: | 54.84.39.137 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/85.0.4183.83 Safari/537.36 |
| Operating system: | linux x64 (Node v12.20.1) |
| PDF length: | 4 |
| Capture ID: | chGNnVKpfZaNCCHkLeHBB4 |
| User: | itasca-tw |

PDF REFERENCE #:      qajqVGQA4XKbCYKJy6n5Nd

**EXHIBIT I**
**Page 1 of 4**



## shutterstock

IMAGES ⌄   FOOTAGE ⌄   MUSIC ⌄   TEMPLATES ⌄   EDITORIAL ⌄          Pricing ⌄   ♡   Log in   Sign up   Menu

All images ⌄   Search for images   🔍

Editorial use only. Learn more
Editorial credit: Hane Street / Shutterstock.com

Select size / format
**Large · 4752 × 6144 pixels**
15.8 × 20.5 in · 300 DPI · JPEG

**Get this image for FREE**
Download this image now with a free trial.
Plus, get full access to a library of over 316 million images.
Learn more

⬇ Download for free

Log in

Save   Try   Share   Edit

Royalty-free stock photo ID: 1851646171
**Minnesota, USA - November 3, 2020: Dome of Minnesota Capitol Building during sunset. A Close Up Shot on the Newly Renovated Minnesota State Capitol Dome during Blue Hour, Minnesota, USA.**

By Hane Street

## Related keywords   Show all



america   ancient   architectural   architecture   basilica   blue   building   capital   capitol   cathedral   church   city   civic   day   daytime

Categories: Buildings/Landmarks, Interiors

## Similar images



   

See all

## More from this artist



See all

## Similar video clips

   

  

## All categories

Abstract                          Healthcare/Medical                    Religion

Document title: Minnesota Usa November 3 2020 Dome Stock Photo (Edit Now) 1851646171
Capture URL: https://www.shutterstock.com/image-photo/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 12:34:30 GMT

EXHIBIT I
Page 3 of 4                        Page 2 of 3

## Similar video clips










## All categories

| | | |
|---|---|---|
| Abstract | Healthcare/Medical | Religion |
| Animals/Wildlife | Holidays | Science |
| Backgrounds/Textures | Illustrations/Clip-Art | Signs/Symbols |
| Beauty/Fashion | Industrial | Sports/Recreation |
| Buildings/Landmarks | Interiors | Technology |
| Business/Finance | Miscellaneous | The Arts |
| Celebrities | Nature | Transportation |
| Editorial | Objects | Vectors |
| Education | Parks/Outdoor | Vintage |
| Food and Drink | People | |

We have more than **350 million images** as of September 30, 2020.

English

**Content**
Homepage
Images
Photos
Vectors
Video
Music
Editorial
Popular searches
Coupons
Pricing

**Premium content**
Offset stock photos
Shutterstock Select
Elements / VFX
PremiumBeat
**Tools**
Mobile apps
Shutterstock Editor
Plugins

**For your business**
Shutterstock Premier
Shutterstock Studios
Team Experience
API integrations
**For contributors**
Sell your content
The Shot List
Mobile app

**Our company**
About us
Careers
Press/Media
Investor relations
Blog
**Partner**
API / Developers
Affiliate
Reseller

**Support**
Get help
Accessibility
**Legal**
Terms of use
License agreement
Privacy policy
Social media guidelines

© 2003-2021 Shutterstock, Inc.

Document title: Minnesota Usa November 3 2020 Dome Stock Photo (Edit Now) 1851646171
Capture URL: https://www.shutterstock.com/image-photo/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 12:34:30 GMT

**EXHIBIT I**
**Page 4 of 4**