

Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:01:51 GMT

**EXHIBIT J**
**Page 1 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:02:03 GMT

**EXHIBIT J**
**Page 2 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:02:52 GMT

**EXHIBIT J**
**Page 3 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:03:30 GMT



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:05:45 GMT

**EXHIBIT J**
**Page 5 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:05:55 GMT

**EXHIBIT J**
**Page 6 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:06:05 GMT

**EXHIBIT J**
**Page 7 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:06:46 GMT



Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:07:12 GMT

**EXHIBIT J**
**Page 9 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:07:36 GMT

**EXHIBIT J**
**Page 10 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min l Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:07:55 GMT

**EXHIBIT J**
**Page 11 of 13**

Page 1 of 1



Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:09:06 GMT



Document title: Edit Pictures Free Online - Min | Shutterstock Editor
Capture URL: https://www.shutterstock.com/editor/image/minnesota-usa-november-3-2020-dome-1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 13:08:40 GMT

**EXHIBIT J**
**Page 13 of 13**

Page 1 of 1



**EXHIBIT K**
**Page 1 of 1**



**EXHIBIT L**
**Page 1 of 1**

🔒 **Page Vault**

| | |
|---|---|
| Document title: | minnesota-usa-november-3-2020-600w-1851646171.jpg (464×620) |
| Capture URL: | https://image.shutterstock.com/image-photo/minnesota-usa-november-3-2020-600w-1851646171.jpg |
| Captured site IP: | 52.85.132.36 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 20:01:17 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 20:01:26 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | dd8a89b1-35b5-48d7-9c3e-06e3d72d4761 |
| User: | itasca-tw |

PDF REFERENCE #:      5UZdpLy6AmdhvYyzRZLfE6

**EXHIBIT M**
**Page 1 of 2**



Document title: minnesota-usa-november-3-2020-600w-1851646171.jpg (464×620)
Capture URL: https://image.shutterstock.com/image-photo/minnesota-usa-november-3-2020-600w-1851646171.jpg
Capture timestamp (UTC): Mon, 01 Feb 2021 20:01:26 GMT

**EXHIBIT M**
**Page 2 of 2**

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Minnesota, USA - November 3, 2020: Dome of Minnesota Capitol Building during sunset. A Close Up Shot on the Newly Renovated Minnesota State Capitol Dome during Blue Hour, Minnesota, USA. Stock fénykép 1851646171 Shutterstock - PuzzlePix |
| Capture URL: | http://shutterstock.puzzlepix.hu/kep/1851646171 |
| Captured site IP: | 80.249.174.237 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:44:00 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:44:18 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 4 |
| Capture ID: | ad2bed09-0397-4afd-bf96-275ec9f8cb44 |
| User: | itasca-tw |

PDF REFERENCE #:      rL1ZBkmQVvLQF2MJLacy6f

**EXHIBIT N**
**Page 1 of 4**

 

Bejelentkezés   Regisztráció   Kapcsolat   Ajánlatok - Árak

keressen képeket és vektorképeket    összes kép ▾    



*EZ EGY EGYÉNI LICENC, AMELY EGY TERMÉSZETES SZEMÉLYT JOGOSÍT FEL A VIZUÁLIS TARTALOM LICENCELÉSÉRE, LETÖLTÉSÉRE ÉS HASZNÁLATÁRA.*

*Amennyiben többfelhasználós fiókot szeretnél, vedd fel a kapcsolatot velünk!*

**Csak szerkesztői használatra. Ezt a képet tilos hirdetés vagy reklám céljára használni.**

A kép megvásárlásához kérjük jelentkezzen be
vagy regisztráljon!

**Minnesota, USA - November 3, 2020: Dome of Minnesota Capitol Building during sunset. A Close Up Shot on the Newly Renovated Minnesota State Capitol Dome during Blue Hour, Minnesota, USA.**

Kép azonosítója: 1851646171

Copyright: Hane Street

💡 Hozzáadás fénydobozhoz

**Hasonló képek**  *(Összes megtekintése)*

      

Aerial view fro...   The ancient c...   Rooftop view ...   Detail of the ...   loreto city of ...   Catania, Sicily ...



     

"The National ...   Italy, Sicily, Ca...   The cathedral ...   forum rome   Rome is a bea...   Indianapolis: ...



   

"The National ...    Italy, Sicily, Ca...    The cathedral ...    forum rome    Rome is a bea...    Indianapolis: ...

     

aerial view on ...    View of the im...    Cityscape of C...    Aerial view of ...    a view of the s...    San Lorenzo c...

 

Catania's Cath...    domes of the ...

## Kulcsszavak

capital    usa    historical    minnesota state capitol dome    building    america    view    state    landmark

day    tower    sky    mn    old    history    ancient    minnesota capitol dome    minnesota    daytime

politics    city    church    exterior    tourism    monument    dome    civic    government    basilica

power    europe    minneapolis    cathedral    italy    architecture    st    state capitol dome    famous

historic    saint    italian    democracy    religion    stone    capitol    blue    paul    travel    architectural

nationalistic

---

Többet adunk

                              

Minőség    Változatosság    Érték    Megbízhatóság

Válogatott, minőségi képek    Több mint 70 millió fénykép,    Egyszerű és átlátható    Naponta több, mint
több mint 150 országból    vektorkép, illusztráció és    képenkénti vagy havidíjas    230,000 letöltött kép.
    sok más.    árazás

---

### A licencet illető gyakori kérdések



**Többet kell-e fizetnem, hogy a teljes Shutterstock gyűjteményhez hozzáférjek?**

Nem! Valamennyi regisztrált felhasználó korlátlan hozzáférést kap a teljes könyvtárhoz, különös gonddal őrzött

**Többet kell-e fizetnem a nagy felbontású képekért?**

Egyáltalán nem. A vektorokat vagy eps fájlokat a vételár már tartalmazza.

Document title: Minnesota, USA - November 3, 2020: Dome of Minnesota Capitol Building during sunset. A Close Up Shot on the Newly Renovated Minnesota State…
Capture URL: http://shutterstock.puzzlepix.hu/kep/1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 12:44:18 GMT

 

## Többet adunk


### Minőség
Válogatott, minőségi képek több mint 150 országból


### Változatosság
Több mint 70 millió fénykép, vektorkép, illusztráció és sok más.


### Érték
Egyszerű és átlátható képenkénti vagy havidíjas árazás


### Megbízhatóság
Naponta több, mint 230,000 letöltött kép.

## A licencet illető gyakori kérdések

### Többet kell-e fizetnem, hogy a teljes Shutterstock gyűjteményhez hozzáférjek?

Nem! Valamennyi regisztrált felhasználó korlátlan hozzáférést kap a teljes könyvtárhoz, különös gonddal őrzött gyűjteményeinket is beleértve. A jobb minőségért nem számítunk fel plusz költséget.

### Mi a különbség a normál licenc és a bővített licenc között?

Valamennyi terv normál licencként érhető el, és bármikor átváltható bővített licencre. Az általunk kínált normál licenc lehetővé teszi a képek bármilyen módon történő felhasználását, az 500,000+ feletti nagy nyomatok és a kereskedelmi célú felhasználás kivételével. A nagy nyomatokhoz és a hirdetésekhez bővített licenc szükséges.

Standard és Bővített licence összehasonlítása

### Többet kell-e fizetnem a nagy felbontású képekért?

Egyáltalán nem. A vektorokat vagy eps fájlokat a vételár már tartalmazza.

### Meddig használhatom a képeket?

Licencünk globális, a világ minden országára kiterjedő felhasználási licensz, érvényessége folyamatos. Ha leöltötte a képet, a megvásárolt licensz feltételeinek megfelelően örök jogot szerez felhasználására.

### Felmondhatom az előfizetést? / Visszavonhatom a feliratkozást?

Igen. Pénzvisszafizetési garanciát vállalunk. Ha Ön bármikor elégedetlen a velünk való tapasztalatával, előfizetését megszüntetheti.

## Képek böngészése kategória szerint

| | | | |
|---|---|---|---|
| Absztrakt | Emberek | Illusztráció/Clip-art | Szépség/Divat |
| Állatok/Vadvilág | Épületek/Nevezetességek | Jelek/Szimbólumok | Szerkesztői |
| Antik | Étel és ital | Művészet | Természet |
| Belső terek | Háttér/Textúrák | Parkok/Külterület | Üzlet/Pénz |
| Csak modell kiadvány | Hírességek | Sport/Kikapcsolódás | Vektorképek |



### Elérhetőségünk

📍 1064 Budapest, Podmaniczky u. 75.

📞 +36 1 700 4103

✉️ foto@puzzlepix.hu

Elérhetőségünk, cégadatok     Rólunk     Szerzőjogi információk

Felhasználási feltételek     Standard és Bővített licence összehasonlítása

Adatkezelési tájékoztató     Ajánlatok - Árak

Document title: Minnesota, USA - November 3, 2020: Dome of Minnesota Capitol Building during sunset. A Close Up Shot on the Newly Renovated Minnesota State…
Capture URL: http://shutterstock.puzzlepix.hu/kep/1851646171
Capture timestamp (UTC): Mon, 01 Feb 2021 12:44:18 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | 1851646171.jpg (201×260) |
| Capture URL: | https://hellorfimg.zcool.cn/preview260/1851646171.jpg |
| Captured site IP: | 183.131.118.41 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 12:43:21 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 12:43:38 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 6a671ee0-f709-4e63-b994-90f3d31542f0 |
| User: | itasca-tw |

PDF REFERENCE #:     8ZbrtKmoTfq2kvK4CdgzeE

**EXHIBIT O**
**Page 1 of 2**



Document title: 1851646171.jpg (201×260)
Capture URL: https://hellorfimg.zcool.cn/preview260/1851646171.jpg
Capture timestamp (UTC): Mon, 01 Feb 2021 12:43:38 GMT

**EXHIBIT O**
**Page 2 of 2**



minnesota capitol sunset photo
Google
minnesota capitol sunset photo
Sign in
Minnesota Capitol tonight in St. Paul ...
twitter.com
Saint Paul - Golden Sun Ca...
fi.pinterest.com
Licensable
Minnesota Capitol Images...
shutterstock.com
Governor John Albert Johnson ...
twitter.com
Minnesota State Capitol At Sunset Stock ...
dreamstime.com
shutterstock.com · 1851646171
Shutterstock
Minnesota Capitol Images, Stock Photos & ...
Get this image on: Shutterstock | License details
Want to know where this information comes from? Learn more
Related images
See more
Capitol Sunset | Ben R Cooper P...
shop.benrcooper.com · In stock
The 2020 results are likely to ke...
minnpost.com



**EXHIBIT Q**
**Page 1 of 1**