UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Itasca Images, LLC, et al.,<br><br>                            Plaintiffs,<br>v.<br>Shutterstock, Inc., et al.,<br><br>                            Defendants. | Case No. 21-cv-287 (JRT/DTS)<br><br>LR 5.6(d)(1)(A) STATEMENT RE: SEALING OF FILED DOCUMENTS |

Plaintiffs Itasca Images, LLC and Tony Webster file this statement regarding the sealing of documents filed by Plaintiffs on July 12, 2021 pursuant to LR 5.6(d)(1)(A).

Plaintiffs are filing redacted versions of the following documents filed under seal: Memorandum in Support of Motion to Amend Scheduling Order; Flaherty Decl. Exs. 1–3. Plaintiffs believe redactions are impracticable as to: Flaherty Decl. Exs. 4, 5, 8, 9, 10, 11, 16. The only basis for sealing any of these documents is Shutterstock's assertion of confidentiality.

Dated:  July 12, 2021

TAFT STETTINIUS & HOLLISTER LLP

By: s/ *Scott M. Flaherty*
        Scott M. Flaherty      (#388354)
        Jordan L. Weber        (#396769)
        O. Joseph Balthazor    (#399093)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
Telephone:   (612) 977-8400
Fax:         (612) 977-8640
Emails:      sflaherty@taftlaw.com
             jweber@taftlaw.com
             obalthazor@taftlaw.com

**ATTORNEYS FOR PLAINTIFFS
ITASCA IMAGES, LLC
AND TONY WEBSTER**