🔒 **Page Vault**

| | |
|---|---|
| Document title: | What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum |
| Capture URL: | https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/ |
| Captured site IP: | 99.84.221.77 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 20:34:47 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 20:41:37 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 9 |
| Capture ID: | b4ca436d-95f6-4422-9d8d-d8205a95489f |
| User: | itasca-tw |

PDF REFERENCE #:     eEe9chd4DwbUoajY2AH89Z

**EXHIBIT 17**
**Page 1 of 37**



# What can I do to make Shutterstock take copyright infringement seriously?

thieves | copyright infringement | plagiarism

By Ruth Swan,
January 7, 2019 in Contributor Experience

Share | Followers 1

1 2 3 4 NEXT » Page 1 of 4

**Ruth Swan**
Member
Members
61 posts
my image portfolio

Posted January 7, 2019

Hi

I'm a published educational writer and I've written more than 20 books. I am at a complete loss to understand why Shutterstock continually refuse to act on copyright infringement. I've been battling with this for around 5 months.

A contributor on Ss has uploaded photos from various pro flickr artists and is selling them as his/her own. The photos are of exceptional quality and are clearly by different photographers.

So far, I've managed to trace 5 of these pro photographers and, like me, some of them have written to Ss about it.

Despite having exceptionally detailed information, Shutterstock haven't done anything whatsoever, except repeatedly say they've passed it on to another department. Nothing further happens.

Presumably Shutterstock are making money from these photos which is why they're so reluctant to act. This is grossly unfair on the photographers concerned and on all of us in the contributor community.

Should I publish the ID of the plagiarist on this forum? Have any of you got any other ideas or suggestions? I would be extremely grateful.

Many thanks

**oleschwander**
Member
Members
3,212 posts
my image portfolio
my video portfolio
LocationEurope

Posted January 7, 2019

Lots of threds about thievs, e.g. this:

Sorry, this content is no longer available.

**Ruth Swan**
Member
Members
61 posts
my image portfolio

Posted January 7, 2019 | Author

Thanks very much oleschwander. But how can we put a stop to it? It's insane!

| Replies | Created | Last Reply |
|---|---|---|
| 86 | 2 yr | 2 yr |

TOP POSTERS IN THIS TOPIC

Ruth Swan 20 posts
jean-franc... 11 posts
Alexandre R... 10 posts
stevemart 10 posts

POPULAR DAYS

Jan 9 2019 28 posts
Jan 7 2019 27 posts
Jan 8 2019 17 posts
Jan 13 2019 5 posts

POPULAR POSTS

**Ricoh Mirai User Club**
January 9, 2019

Excellent stuff. The person who started the thread below asking for help seems extremely suspect .

POSTED IMAGES



**jean-francois me**
end of line
● ●

J

Members
2,862 posts
my image portfolio
Locationthere

Posted January 7, 2019                                          •••

> On 1/7/2019 at 8:27 AM, Ruth Swan said:
>
> Thanks very much oleschwander. But how can we put a stop to it? It's insane!

you need to convince the authorities that SS is doing something against the law, and to intervene like they did with Napster

**Ruth Swan**
Member
● ●

R

Members
61 posts
my image portfolio

Posted January 7, 2019                           Author   •••

Thanks very much jean-françois.me. I'll do my best to do that and suggest that the photographers concerned do the same in their respective countries. So far I've identified photos belonging to photographers in the USA, Japan, Malaysia, Canada and Italy. I believe there are at least 4 more pros affected.

Once again, many, many thanks for the excellent advice.

**RLD Photography**
Member
● ●

R

Members
266 posts
my image portfolio

Posted January 7, 2019                                          •••

> On 1/7/2019 at 7:26 AM, Ruth Swan said:
>
> Hi
>
> I'm a published educational writer and I've written more than 20 books. I am at a complete loss to understand why Shutterstock continually refuse to act on copyright infringement. I've been battling with this for around 5 months.
>
> A contributor on Ss has uploaded photos from various pro flickr artists and is selling them as his/her own. The photos are of exceptional quality and are clearly by different photographers.
>
> Expand ▾

Hi Ruth,

Yes you should absolutely publish the thief's ID on this and any other forum you're on.  The more of us who know the better, if SS won't do anything, we as contributor's can by shaming, leaving exposing comments and the like on their ports, or websites through the review's process like Google reviews.  Seems we have been able to bring at least one down thus far.

https://forums.submit.shutterstock.com/topic/96070-yet-another-thief/?page=2

**Ruth Swan**
Member
● ●

R

Members

Posted January 7, 2019                           Author   •••

Thanks so much RLD Photography.

The ID of this person is ttp1001. S/he has stolen the following photos (and many more) from pro artists on Flickr. Follow the links below if you're interested and, if any of you can ID the other (not listed here) photographers who have had their photos stolen, that would be grand.
As a writer, I hate plagiarism of any kind so, on behalf of all of us, I vowed to track this thief down. However, it shouldn't be down to us to do this. Shutterstock are ignoring the basic rules of copyright and ignoring us when we flag it up. It's absolutely disgraceful.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

**EXHIBIT 17**
**Page 3 of 37**

Page 2 of 8





Members
61 posts

📷 my image portfolio

Member
●●

Thanks so much RLD Photography.

The ID of this person is ttp1001. S/he has stolen the following photos (and many more) from pro artists on Flickr. Follow the links below if you're interested and, if any of you can ID the other (not listed here) photographers who have had their photos stolen, that would be grand.

As a writer, I hate plagiarism of any kind so, on behalf of all of us, I vowed to track this thief down. However, it shouldn't be down to us to do this. Shutterstock are ignoring the basic rules of copyright and ignoring us when we flag it up. It's absolutely disgraceful.

Many thanks again RLD

Ruth

1. compare the USA photographer:



with ttp1001's photo

https://www.shutterstock.com/image-photo/relic-ranching-past-colorado-usa-1058722475?
src=Y4oxDHpikuPUj8VF27cM9g-1-3

ttp1001 even left the (c) text in at the bottom of his upload!!!

2. compare the Canadian photographer:
https://www.flickr.com/photos/131146257@N07/26828505423/in/photolist-287HBp9-V4GHt9-V4GHhY-GSK6Yk-26pCVPv
with ttp1001's photo
https://www.shutterstock.com/image-photo/blueheaded-vireo-perched-on-branch-1057907546?src=_oJbj-jKf2PdR20dsgWELA-1-0

3 compare the Japanese photographer:
https://www.flickr.com/search/?user_id=47093873%40N08&view_all=1&text=amethyst sage
with ttp1001's photo
https://www.shutterstock.com/g/ttp1001?
searchterm=sage&search_source=base_gallery&language=en&sort=newest&measurement=px&safe=true

4 compare the Malaysian photographer
https://www.flickr.com/photos/mentarymerah/23833772820/in/dateposted/
with ttp1001's photo
https://www.shutterstock.com/image-photo/kuala-lumpur-malaysia-dec-01-2017-771249361?src=reotgD76Q-2eOPNArJJIDA-1-2

5 compare the Italian photographer – I think he's already starting to take his photos off Flickr because he's so upset about it but ......
https://www.flickr.com/photos/108803994@N02/38588462752/in/photolist-21MVXzj-ZoCbdb-FSHYvB
with ttp1001's photo
https://www.shutterstock.com/image-photo/town-near-sea-nocturnal-italia-1058333408?src=ecwofoPe1AYuUMMs9E-pxw-1-0

**Alexandre Rotenberg**
Member
●●

Posted January 7, 2019                                                   •••

I would suggest a weekly updated database thread of links to portfolios with stolen images and their respective status.
For example,

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

Page 3 of 8

**EXHIBIT 17**
**Page 4 of 37**



**Alexandre Rotenberg**
Member
●●
Members
2,987 posts
my image portfolio
my video portfolio

Posted January 7, 2019

I would suggest a weekly updated database thread of links to portfolios with stolen images and their respective status. For example:

Week ending 13:

- thief one (active and has uploaded 10 new stolen images)

- Thief two (active and no new stolen images)

- Thief three (account shut down)

this way, I believe it be easier to deal with this issue. I'll start a weekly status thread if that's cool and we can populate it with thieves' ids.

**Algol**
Member
●●
Members
2,398 posts
my image portfolio
my video portfolio
Locationoppi fjellet

Posted January 7, 2019

That first photo in the SS link still has the photographers copyright notice on it! What is with SS? Even if it wasn't a stolen photo you were never allowed to submit photos with copyright marked on them. If it's someone else's copyright then why don't SS remove the photo when notified. Do SS really think it's OK to broker stolen goods? Is that not an illegal act in the US? Wow.... 😔

**jean-francois me**
end of line
●●
J
Members
2,862 posts
my image portfolio
Locationthere

Posted January 7, 2019

> On 1/7/2019 at 1:48 PM, Algol said:
>
> That first photo in the SS link still has the photographers copyright notice on it! What is with SS? Even if it wasn't a stolen photo you were never allowed to submit photos with copyright marked on them. If it's someone else's copyright then why don't SS remove the photo when notified. Do SS really think it's OK to broker stolen goods? Is that not an illegal act in the US? Wow.... 😔

that's hilarious

**Ruth Swan**
Member
●●
R
Members
61 posts
my image portfolio

Author

Posted January 7, 2019

> On 1/7/2019 at 1:48 PM, Algol said:
>
> That first photo in the SS link still has the photographers copyright notice on it! What is with SS? Even if it wasn't a stolen photo you were never allowed to submit photos with copyright marked on them. If it's someone else's copyright then why don't SS remove the photo when notified. Do SS really think it's OK to broker stolen goods? Is that not an illegal act in the US? Wow.... 😔

Yes, and illegal in Europe, too. I'm English but resident in Italy - this is not legal in either country yet Ss continue to do nothing and just rake in illegal money. We need to stop this.

**Algol**
Member
●●

Posted January 7, 2019

> On 1/7/2019 at 1:52 PM, Ruth Swan said:
>
> Yes, and illegal in Europe, too. I'm English but resident in Italy - this is not legal in either country yet Ss continue to do nothing and just rake in illegal money. We need to stop this.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

**EXHIBIT 17**
**Page 5 of 37**

Page 4 of 8



**Algol**
Member
● ●

Members
2,398 posts
my image portfolio
my video portfolio
Locationoppi fjellet

Posted January 7, 2019

> On 1/7/2019 at 1:52 PM, Ruth Swan said:
>
> Yes, and illegal in Europe, too. I'm English but resident in Italy - this is not legal in either country yet Ss continue to do nothing and just rake in illegal money. We need to stop this.

I agree. Considering the hoops they used to make illustrators jump through to prove work was our own I can't believe they now allow a photo with someone else's copyright mark! Somehow this has to catch up to them.

---

**Ruth Swan**
Member
● ●

Members
61 posts
my image portfolio

Posted January 7, 2019                                                    Author

> On 1/7/2019 at 1:51 PM, jean-francois.me said:
>
> that's hilarious

and makes Ss look like ................. insert word of your choice here.

Totally against all copyright laws in Europe and the US. They are breaking the law and we're paying for it - simply not on.

---

**Ruth Swan**
Member
● ●

Members
61 posts
my image portfolio

Posted January 7, 2019                                                    Author

> On 1/7/2019 at 1:57 PM, Algol said:
>
> I agree. Considering the hoops they used to make illustrators jump through to prove work was our own I can't believe they now allow a photo with someone else's copyright mark! Somehow this has to catch up to them.

National press? Legal authorities? Hmmm, I wonder.

---

**Algol**
Member
● ●

Members
2,398 posts
my image portfolio
my video portfolio
Locationoppi fjellet

Posted January 7, 2019

> On 1/7/2019 at 1:58 PM, Ruth Swan said:
>
> and makes Ss look like ................. insert word of your choice here.
>
> Totally against all copyright laws in Europe and the US. They are breaking the law and we're paying for it - simply not on.

Must be against other selling laws as well. These can be proved without doubt to be stolen goods and if SS have been notified then they are knowingly offering stolen goods for sale.

---

**jean-francois me**
end of line
● ●

Members
2,862 posts
my image portfolio
Locationthere

Posted January 7, 2019

> On 1/7/2019 at 1:58 PM, Ruth Swan said:
>
> and makes Ss look like ................. insert word of your choice here.
>
> Totally against all copyright laws in Europe and the US. They are breaking the law and we're paying for it - simply not on.

which goes back to my original point, i have a feeling that until they are taken to task by a legal entity for not having acted properly (due diligence, prudence) this will probably go on.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

**EXHIBIT 17**
**Page 6 of 37**

Page 5 of 8



Members
2,862 posts
my image portfolio
Locationthere

> and makes SS look like ............... insert word of your choice here.
>
> Totally against all copyright laws in Europe and the US. They are breaking the law and we're paying for it - simply not on.

which goes back to my original point, i have a feeling that until they are taken to task by a legal entity for not having acted properly (due diligence, prudence) this will probably go on.

---

**jean-francois me**
end of line

Members
2,862 posts
my image portfolio
Locationthere

Posted January 7, 2019

> **On 1/7/2019 at 2:01 PM, Algol said:**
>
> Must be against other selling laws as well. These can be proved without doubt to be stolen goods and if SS have been notified then they are knowingly offering stolen goods for sale.

well they will have to prove they acted in good faith, which up front they probably can since the person told them they were the owner, and certified as such.

Now having one with someone's copyright that will be a problem. Also these post all on a forum owned by them, where we keep highlighting these cases, could put in doubt that they were acting in good faith.

---

**Ruth Swan**
Member

Members
61 posts
my image portfolio

Posted January 7, 2019 Author

Thanks again jean-françois and, as to your original point, you're quite right. Ss cannot be allowed to get away with this and the only way is to stop them via legal action. I've been (and am) in contact with a couple of the photographers involved and have suggested they contact the relevant authorities in their own countries. I'm going to do the same myself and hope we can stop this for good.

---

**HodagMedia**
"Pete" (□_□)

Members
4,279 posts
my image portfolio
Location: Great Place By a Great Lake + Over the hill

Posted January 7, 2019

> **On 1/7/2019 at 1:51 PM, jean-francois.me said:**
>
> that's hilarious

My first thought also, not only stolen, but has the copyright of someone else on it. Maybe that will make it easier for the blind to see the fraud.

> **On 1/7/2019 at 1:39 PM, Alexandre Rotenberg said:**
>
> I would suggest a weekly updated database thread of links to portfolios with stolen images and their respective status. For example:
>
> Week ending 13:
>
> - thief one (active and has uploaded 10 new stolen images)
>
> - Thief two (active and no new stolen images)
>
> Expand

Interesting idea and one place, one thread, would make it easier for everyone to find them, instead of scattered in individual threads.

---

**Alexandre Rotenberg**
Member

Posted January 7, 2019

> **On 1/7/2019 at 3:42 PM, HodagMedia said:**
>
> Interesting idea and one place, one thread, would make it easier for everyone to find them, instead of scattered in



**Alexandre Rotenberg**
Member
● ●

Members
2,987 posts
📷 my image portfolio
🎥 my video portfolio

Posted January 7, 2019

⋯

> On 1/7/2019 at 3:42 PM, HodagMedia said:
>
> Interesting idea and one place, one thread, would make it easier for everyone to find them, instead of scattered in individual threads.

I've just published a detailed summary of the issue on this blog post and included a list of some accounts that are currently active. Would be good if people let me know of any more and I can include them:

https://brutallyhonestmicrostock.com/2019/01/07/why-shutterstocks-copyright-infringement-problems-should-concern-you/

---

**oleschwander**
Member
● ●

Members
3,212 posts
📷 my image portfolio
🎥 my video portfolio
LocationEurope

Posted January 7, 2019

⋯

> On 1/7/2019 at 1:48 PM, Algol said:
>
> That first photo in the SS link still has the photographers copyright notice on it!

Very odd - the reviewers usually are very good rejecting at least these things ...

I wonder why SS is passive in these cases. They are obviously reading these threads but often do nothing about it. Someone could sue SS but I think they know that it is a long, exhausting and costly process.

---

**jean-francois me**
end of line
● ●

J

Members
2,862 posts
📷 my image portfolio
Locationthere

Posted January 7, 2019

⋯

> On 1/7/2019 at 5:04 PM, oleschwander said:
>
> Very odd - the reviewers usually are very good rejecting at least these things ...
>
> I wonder why SS is passive in these cases. They are obviously reading these threads but often do nothing about it. Someone could sue SS but I think they know that it is a long and costly process.

it is the one advantage of publishing here, it will be hard for SS to deny knowledge when case in made. most law i read sellers of stolen good are fine, if they acted prudent, and reacted once the issue was identified.

---

**oleschwander**
Member
● ●

Members
3,212 posts
📷 my image portfolio
🎥 my video portfolio
LocationEurope

Posted January 7, 2019

⋯

> On 1/7/2019 at 2:10 PM, Ruth Swan said:
>
> I've been (and am) in contact with a couple of the photographers involved

Ruth, have you been in contact with Joseph Holub ..?

https://fineartamerica.com/profiles/central-colorado-images/shop

---

**Ruth Swan**
Member
● ●

R

Posted January 7, 2019

Author   ⋯

> On 1/7/2019 at 5:27 PM, oleschwander said:
>
> Ruth, have you been in contact with Joseph Holub ..?
>
> https://fineartamerica.com/profiles/central-colorado-images/shop

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

**EXHIBIT 17**
**Page 8 of 37**

Page 7 of 8



I've been (and am) in contact with a couple of the photographers involved

Ruth, have you been in contact with Joseph Holub ..?

https://fineartamerica.com/profiles/central-colorado-images/shop

**Ruth Swan**
Member
●●

Members
61 posts
📷 my image portfolio

Posted January 7, 2019                                                                 Author   •••

On 1/7/2019 at 5:27 PM, oleschwander said:

Ruth, have you been in contact with Joseph Holub ..?

https://fineartamerica.com/profiles/central-colorado-images/shop

Yes, we're in constant contact but via his Flickr account (see link in previous post). He's massively supportive and (obviously) upset.

I'll be back in touch in the morning! Sorry but it's 7.30pm my time right now so I need to knock off.

Cheers

**stevemart**
Advanced Apeirophobic
●●

Members
2,175 posts
📷 my image portfolio
LocationPays Low

Posted January 7, 2019                                                                          •••

On 1/7/2019 at 5:04 PM, Alexandre Rotenberg said:

I've just published a detailed summary of the issue on this blog post and included a list of some accounts that are currently active. Would be good if people let me know of any more and I can include them:

https://brutallyhonestmicrostock.com/2019/01/07/why-shutterstocks-copyright-infringement-problems-should-concern-you/

Good summary. Thanks Alexandre.

Interestingly, the Krishbraden portfolio has now had a couple of photos removed from it. The painted kids hands are still there but the female runner and a piggy bank with Australian notes have gone. One has to wonder whether he's done this of his own volition or whether any intervention by SS has taken place! Presumably it's not intervention by SS as I would assume they'd close him down completely with two cases of theft. But ya never know!

| 1 | 2 | 3 | 4 | NEXT » | Page 1 of 4 ▾ |

## Create an account or sign in to comment

You need to be a member in order to leave a comment

**Create an account**
Sign up for a new account in our community. It's easy!

**Register a new account**

**Sign in**
Already have an account? Sign in here.

**Sign In Now**

‹ Go to topic listing

Home > Shutterstock > Contributor Experience > What can I do to make Shutterstock take copyright infringement seriously?        🖵 All Activity

Privacy Policy    Contact Us

Powered by Invision Community

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:41:37 GMT

**EXHIBIT 17**
**Page 9 of 37**

**Page Vault**

| | |
|---|---|
| Document title: | What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum |
| Capture URL: | https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/ |
| Captured site IP: | 99.84.221.76 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 20:34:47 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 20:40:29 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 10 |
| Capture ID: | b89e851b-2c83-4ba4-942e-031b69355fba |
| User: | itasca-tw |

PDF REFERENCE #:      135sJk6UGFf2kQaYwYSFo3

**EXHIBIT 17**
**Page 10 of 37**



# What can I do to make Shutterstock take copyright infringement seriously?

thieves | copyright infringement | plagiarism

By Ruth Swan,
January 7, 2019 in Contributor Experience

Share
Followers 1

**Alexandre Rotenberg**
Member

Members
2,987 posts
my image portfolio
my video portfolio

Posted January 7, 2019

> **On 1/7/2019 at 11:06 PM, stevemart said:**
>
> Good summary. Thanks Alexandre.
>
> Interestingly, the Krishbraden portfolio has now had a couple of photos removed from it. The painted kids hands are still there but the female runner and a piggy bank with Australian notes have gone. One has to wonder whether he's done this of his own volition or whether any intervention by SS has taken place! Presumably it's not intervention by SS as I would assume they'd close him down completely with two cases of theft. But ya never know!

Thanks!

You're right that SS would immediately shut down the account. I think he must be reading these threads...which is good news! Let's keep up the pressure and if anybody spots some suspect accounts, I'll update the list. It's all a bit of wack-a-mole but helps maintain some sort of level playing field.

**Perry Correll**
Perry Correll

Members
7,817 posts
my image portfolio
my video portfolio
LocationFlorida, USA

Posted January 7, 2019

I posted a link to this and one other thread on SS's Facebook page. "We take this very seriously and will look into it" was the gist of their reply.

**Phil Lowe**
House Stark

Members
5,590 posts
Location: Florida

Posted January 8, 2019

> **On 1/7/2019 at 1:48 PM, Algol said:**
>
> That first photo in the SS link still has the photographers copyright notice on it! What is with SS? Even if it wasn't a stolen photo you were never allowed to submit photos with copyright marked on them. If it's someone else's copyright then why don't SS remove the photo when notified. Do SS really think it's OK to broker stolen goods? Is that not an illegal act in the US? Wow.... 😠

This is what you're referring to:

| Replies | Created | Last Reply |
|---|---|---|
| 86 | 2 yr | 2 yr |

**TOP POSTERS IN THIS TOPIC**

Ruth Swan 20 posts
jean-franc... 11 posts
Alexandre R... 10 posts
stevemart 10 posts

**POPULAR DAYS**

Jan 9 2019 28 posts
Jan 7 2019 27 posts
Jan 8 2019 17 posts
Jan 13 2019 5 posts

**POPULAR POSTS**

**Ricoh Mirai User Club**
January 9, 2019

Excellent stuff. The person who started the thread below asking for help seems extremely suspect .

**POSTED IMAGES**



that not an illegal act in the US? Wow..... 😊

This is what you're referring to:

And this is absolutely shameful, Shutterstock!  Where is the QC?  Where is the vetting of these images?!?!?  It's not bad enough that the image appears to be stolen, BUT IT WAS APPROVED WITH THIS?!?!?

When in world did this agency become as bad as IS???  Honestly, though, at its worst, I don't think IS was ever ~THIS BAD~!

---

**Phil Lowe**
House Stark
● ●

Members
5,590 posts
Location: Florida

Posted January 8, 2019

One way some of these fraudulent accounts could be avoided is for SS to force any new contributor to provide documentary proof of their ID and compel use of a contributor's real name.  No more aliases for contributors.

---

**Laurin Rinder**
Veteran Photographer and
Instructor Laurin Rinder
● ●

Members
58,046 posts
📷 my image portfolio
▶ my video portfolio
LocationBeverly Hills,
California

Posted January 8, 2019

RUTH.....I LOVE YOU!!!! This issue is killing us and has been for a very Long time.FAA is one of the worst offenders to let this happen. You can write till your Blue in the face No One is gonna do a damn thing there or here., Myself and others have tried for years..... we Need to Ban together and stop this. or were finished and the Only ones left here will be 25 Cent folks ..

---

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
📷 my image portfolio
LocationPays Low

Posted January 8, 2019

⟲ On 1/8/2019 at 3:12 AM, Phil Lowe said:

This is what you're referring to:

Expand ▾

My thoughts exactly when I saw that. Where is the QC of QC? It's especially bad when you (as genuine contributor) have images rejected for no 'real' reason.

---

**Mark Godden**
Who still has a lot to learn

Posted January 8, 2019

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

**EXHIBIT 17**
**Page 12 of 37**

Page 2 of 9

My thoughts exactly when I saw that. Where is the QC of QC? It's especially bad when you (as genuine contributor) have images rejected for no 'real' reason.



**Mark Godden**
Who still has a lot to learn (about everything).....
●●

🚫 $0.10

Members
1,441 posts
🖼 my image portfolio
Location: Aound the bend and way beyond belief......

Posted January 8, 2019                                    •••

⊙ On 1/8/2019 at 3:12 AM, Phil Lowe said:

This is what you're referring to:

Expand ▾

Rubbish isn't it.

---

**Ruth Swan**
Member
●●

R

Members
61 posts
🖼 my image portfolio

Posted January 8, 2019                          Author   •••

⊙ On 1/7/2019 at 11:51 PM, Perry Correll said:

I posted a link to this and one other thread on SS's Facebook page. "We take this very seriously and will look into it" was the gist of their reply.

Thanks Perry - that's exactly what Ss have been saying to me for the last 5 months! Facebook might be a very good avenue for those of you who've got contacts. I'm afraid I'm pretty useless on that front as I only use FB to keep in touch with family.

---

**Ruth Swan**
Member
●●

R

Members
61 posts
🖼 my image portfolio

Posted January 8, 2019                          Author   •••

⊙ On 1/7/2019 at 11:10 PM, Alexandre Rotenberg said:

Thanks!

You're right that SS would immediately shut down the account. I think he must be reading these threads...which is good news! Let's keep up the pressure and if anybody spots some suspect accounts, I'll update the list. It's all a bit of wack-a-mole but helps maintain some sort of level playing field.

And thanks from me too, Alexandre

---

**Ruth Swan**
Member
●●

R

Members
61 posts
🖼 my image portfolio

Posted January 8, 2019                          Author   •••

⊙ On 1/7/2019 at 5:04 PM, Alexandre Rotenberg said:

I've just published a detailed summary of the issue on this blog post and included a list of some accounts that are currently active. Would be good if people let me know of any more and I can include them:

https://brutallyhonestmicrostock.com/2019/01/07/why-shutterstocks-copyright-infringement-problems-should-concern-you/

thanks Alexandre - really excellent

---

**Ruth Swan**
Member
●●

R

Posted January 8, 2019                          Author   •••

⊙ On 1/8/2019 at 3:12 AM, Phil Lowe said:

This is what you're referring to:

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

**EXHIBIT 17**
**Page 13 of 37**

Page 3 of 9



**Ruth Swan**
Member
••
Members
61 posts
my image portfolio

Posted January 8, 2019

Author

> On 1/8/2019 at 3:12 AM, Phil Lowe said:
>
> This is what you're referring to:
>
> (c) Joseph Holub 2017
>
> Expand ▾

Yes, Phil. This is just a horrendous abuse of someone's rights. I have photos refused by Ss (entirely wrongly) for 'intellectual property', 'artist's release' and other reasons all the time. So how did this get through? It beggars belief.

**Ruth Swan**
Member
••
Members
61 posts
my image portfolio

Posted January 8, 2019

Author

> On 1/8/2019 at 5:19 AM, Laurin Rinder said:
>
> RUTH.....I LOVE YOU!!!! This issue is killing us and has been for a very Long time. FAA is one of the worst offenders to let this happen. You can write till your Blue in the face No One is gonna do a damn thing there or here., Myself and others have tried for years...... we Need to Ban together and stop this. or were finished and the Only ones left here will be 25 Cent folks ..

How nice to be loved! Thank you!

Anyway, as an author, I need to protect my own copyright, so I'm a member of a professional trade association. I think I can probably get a bit of free legal advice from them. I'm going to start working on that front and see what they come up with.

**Ruth Swan**
Member
••
Members
61 posts
my image portfolio

Posted January 8, 2019

Author

> On 1/8/2019 at 9:33 AM, stevemart said:
>
> My thoughts exactly when I saw that. Where is the QC of QC? It's especially bad when you (as genuine contributor) have images rejected for no 'real' reason.

hear, hear

**stevemart**
Advanced Apeirophobic
••
Members
2,175 posts
my image portfolio
LocationPays Low

Posted January 8, 2019

> On 1/7/2019 at 11:06 PM, stevemart said:
>
> Good summary. Thanks Alexandre.
>
> Interestingly, the Krishbraden portfolio has now had a couple of photos removed from it. The painted kids hands are still there but the female runner and a piggy bank with Australian notes have gone. One has to wonder whether he's done this of his own volition or whether any intervention by SS has taken place! Presumably it's not intervention by SS as I would assume they'd close him down completely with two cases of theft. But ya never know!

I was mistaken about his removing the piggybank and Australian notes because that is still there. Still, he just cant resist girlie athletes' legs and running shoes. The original artist has a 36K+ sports-related port. Yet again part of the shot has been stolen and placed in another background.

Original: https://image.shutterstock.com/image-photo/young-fitness-woman-legs-running-450w-222243952.jpg

Not Original:https://image.shutterstock.com/image-photo/rear-view-young-female-legs-450w-1271667580.jpg

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

**EXHIBIT 17**
**Page 14 of 37**

Page 4 of 9

I was mistaken about his removing the piggybank and Australian notes because that is still there. Still, he just cant resist girlie athletes' legs and running shoes. The original artist has a 36K+ sports-related port. Yet again part of the shot has been stolen and placed in another background.

Original: https://image.shutterstock.com/image-photo/young-fitness-woman-legs-running-450w-222243952.jpg

Not Original: https://image.shutterstock.com/image-photo/rear-view-young-female-legs-450w-1271667580.jpg

---

**Alexandre Rotenberg**
Member
●●

Members
2,987 posts
🖼 my image portfolio
📹 my video portfolio

Posted January 8, 2019   •••

If others can also put some pressure with a similar message maybe we'll be able to wack a few moles...

> ## Please investigate the following accounts that have stolen images
>
> **AR**  Alexandre Rotenberg
> Tue 08/01/2019, 12:19
> submit@shutterstock.com; infringementclaims@shutterstock.com ⌄
>
> https://www.shutterstock.com/g/Krishbraden
>
> https://www.shutterstock.com/g/n+sasikumar
>
> https://www.shutterstock.com/g/Alexiy+Molochnik
>
> https://www.shutterstock.com/g/DHIADANE
>
> https://www.shutterstock.com/g/habibbinyunus
>
> https://www.shutterstock.com/g/ttp1001
>
> https://www.shutterstock.com/g/Dinesh+Prasad+Mishra
>
> https://www.shutterstock.com/g/Tejinder7Singh
>
> https://www.shutterstock.com/g/tun001
>
> https://www.shutterstock.com/g/Vector_supply
>
> https://www.shutterstock.com/g/Sherin+Shaju

---

**Algol**
Member
●●

Members
2,398 posts
🖼 my image portfolio
📹 my video portfolio
Locationoppi fjellet

Posted January 8, 2019   •••

As SS are trading in European countries they have to follow European internet trading laws. These are quite strict when they are applied. I don't know what the situation would be in Italy, but most countries have a government department that deals with this and accepts complaints. There is for example European Consumer Centre in my country and a Trading Standards Commission in the UK.  Maybe complaints to some organisation like this that SS are selling stolen goods might have a use? They are after all putting their buyers in a very dangerous position, as buyers think they have a legal right to use these stolen images. Maybe also most posts on social media pointing out the danger this is causing to buyers might make some action?

---

**Denis Costille**
Member
●●

Posted January 8, 2019   •••

If one day I would find my pics stollen and sold on another SS portfolio, I would first advise SS with all the necessary

---

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

**EXHIBIT 17**
**Page 15 of 37**

Page 5 of 9



Locationoppi fjellet

**Denis Costille**
Member
● ●

Members
186 posts
my image portfolio
LocationFrance

Posted January 8, 2019

If one day I would find my pics stollen and sold on another SS portfolio, I would first advise SS with all the necessary proofs. If the image were not removed very quickly, I would keep the SS answers and I would... prosecute in justice, against the thief **and also** against SS, since they knew the situation and did nothing, they simply would be... accomplices.

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
my image portfolio
LocationPays Low

Posted January 8, 2019

On 1/8/2019 at 1:08 PM, Denis Costille said:

If one day I would find my pics stollen and sold on another SS portfolio, I would first advise SS with all the necessary proofs. If the image were not removed very quickly, I would keep the SS answers and I would... prosecute in justice, against the thief **and also** against SS, since they knew the situation and did nothing, they simply would be... accomplices.

When you get the standard reply from 'compliance' or 'infringement' informing you that you risk having your own portfolio suspended during investigation and that the thief will be given your email address, it might make you think twice about taking action which seems to be exactly what 'they' want.

I found a partly stolen image from a contributor I have known for a while; having exchanged emails in the past. I informed her and she did follow up and report the infringement but decided not to proceed after the threat of portfolio suspension/email address to shown to thief.

Meanwhile, this same guy goes his merry way. Steal once-create many:

Genuine-also on iS: https://image.shutterstock.com/z/stock-photo-jars-with-different-level-of-coins-isolated-on-white-263478935.jpg

Original file is large so he just steals a part making it that much more difficult to trace back but nicked it is:

https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-us-dollar-coins-close-view-saving-money-concept-1201313563.jpg

https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-coins-on-wooden-table-savings-money-concept-1245852352.jpg

Here's where he got the file free of watermark in full res:

https://www.nsr.com/wp-content/uploads/2018/05/Change-Jars.jpeg

**Ruth Swan**
Member
● ●

Members
61 posts
my image portfolio

Posted January 8, 2019                    Author

Things seem to be moving. ttp1001 had 4 pages of Ss pix yesterday, looks like it's down to 3 as of now!

Signing off from Europe for tonight but the battle will go on. A huge thanks to you all.

**stevemart**
Advanced Apeirophobic
● ●

Posted January 9, 2019

A script for duplicates wouldn't work for Krish. He's far too smartypants for that. For the majority of the rest it might.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

**EXHIBIT 17**
**Page 16 of 37**

Page 6 of 9

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
🖼 my image portfolio
LocationPays Low

Posted January 9, 2019                                                                        • • •

A script for duplicates wouldn't work for Krish. He's far too smartypants for that. For the majority of the rest it might.

---

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
🖼 my image portfolio
LocationPays Low

Posted January 9, 2019                                                                        • • •

Hey, this is a fun game with Krish. I out him per photo and he removes them from his port. LOL.

Nothing to see here...move along please.

The last 2 shots I called him on have now also disappeared from his port as have a few others (and if these links are bad then I've got them on screensave with his SS file number and watermark):

https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-us-dollar-coins-close-view-saving-money-concept-1201313563.jpg

https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-coins-on-wooden-table-savings-money-concept-1245852352.jpg

Portfolio: https://www.shutterstock.com/g/Krishbraden

Sooooo....the game continues.....stacks of coins. Cleverly done but all taken from a public domain image:

https://www.dreamstime.com/pile-coins-public-domain-image-free-82964163



www.shutterstock.com - 1245875320

Rock on! Meanwhile SS doesn't give a s***.

---

**Phil Lowe**
House Stark
● ●

Members
5,590 posts
Location: Florida

Posted January 9, 2019                                                                        • • •

> On 1/9/2019 at 1:39 AM, stevemart said:
>
> Rock on! Meanwhile SS doesn't give a s***.

Shutterstock's management seems to have moved on to their new toys: Select and Offset.  It's the only thing that can explain the way this end of the business has been run for the last few years.

---

**Adam Gladstone**
Member

Posted January 9, 2019                                                                        • • •

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/2/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:40:29 GMT

Page 7 of 9

**EXHIBIT 17**
**Page 17 of 37**



Members
5,590 posts
Location: Florida

explain the way this end of the business has been run for the last few years.

**Adam Gladstone**
Member

A

Members
257 posts
my image portfolio
my video portfolio

Posted January 9, 2019

> **On 1/8/2019 at 7:13 PM, farbled said:**
>
> I still think the easiest solution would be for SS to introduce a script that would look for duplicate images and delete the newer one. Might be hard (impossible?) for the entire library, but going forward? A general search as a buyer will bring up "similar images" in a second. I don't see why they could not easily implement something like this.

I suppose another idea would be to use some sort of visual cryptography copywrite of some sort. EG, when approved, a digital watermark gets put in that is invisible. It could be a standard watermark of some sort, some sort of ID that refers back to the contributor etc. As part of the approval process, the SS would check for such a watermark and if the SS watermark were present, that could indicate a problem/potential or actual theft. It might take less computing power than searching through all of SS's photos.

https://file.scirp.org/pdf/JIS20120200004_68758797.pdf

https://www.researchgate.net/publication/289243956_Securing_Digital_Images_Using_visual_Cryptography

https://en.wikipedia.org/wiki/Steganography

**Richard Whitcombe**
Member

R

Members
3,293 posts
my image portfolio
my video portfolio
Location$Random

Posted January 9, 2019

The original one sees to have gone.

But for me the most sickening thing of the lot just proves how pathetic the QC process is. If you can get approved images (i) with a huge watermark and worse (ii) someone elses! then quite clearly no person is looking at those images at all.

This isnt the first image we;ve seen accepted with a clear, large watermark.

**Ruth Swan**
Member

R

Members
61 posts
my image portfolio

Posted January 9, 2019 Author

SUCCESS!

> **On 1/9/2019 at 1:39 AM, stevemart said:**
>
> Hey, this is a fun game with Krish. I out him per photo and he removes them from his port. LOL.
>
> Nothing to see here...move along please.
>
> The last 2 shots I called him on have now also disappeared from his port as have a few others (and if these links are bad then I've got them on screensave with his SS file number and watermark):
>
> https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-us-dollar-coins-close-view-saving-money-
>
> Expand

What a great plan - keep at it! Why not let Ss know each time you win one?

« PREV 1 2 3 4 NEXT » Page 2 of 4

## Create an account or sign in to comment

You need to be a member in order to leave a comment



back to the contributor etc. As part of the approval process, the SS would check for such a watermark and if the SS watermark were present, that could indicate a problem/potential or actual theft. It might take less computing power than searching through all of SS's photos.

https://file.scirp.org/pdf/JIS20120200004_68758797.pdf

https://www.researchgate.net/publication/289243956_Securing_Digital_Images_Using_visual_Cryptography

https://en.wikipedia.org/wiki/Steganography

**Richard Whitcombe**
Member
●●
R
Members
3,293 posts
my image portfolio
my video portfolio
Location$Random

Posted January 9, 2019

The original one sees to have gone.

But for me the most sickening thing of the lot just proves how pathetic the QC process is. If you can get approved images (i) with a huge watermark and worse (ii) someone elses! then quite clearly no person is looking at those images at all.

This isnt the first image we;ve seen accepted with a clear, large watermark.

**Ruth Swan**
Member
●●
R
Members
61 posts
my image portfolio

Posted January 9, 2019 Author

SUCCESS!

> **On 1/9/2019 at 1:39 AM, stevemart said:**
>
> Hey, this is a fun game with Krish. I out him per photo and he removes them from his port. LOL.
>
> Nothing to see here...move along please.
>
> The last 2 shots I called him on have now also disappeared from his port as have a few others (and if these links are bad then I've got them on screensave with his SS file number and watermark):
>
> https://image.shutterstock.com/z/stock-photo-glass-jar-filled-with-us-dollar-coins-close-view-saving-money-
>
> Expand

What a great plan - keep at it! Why not let Ss know each time you win one?

« PREV 1 **2** 3 4 NEXT » Page 2 of 4

## Create an account or sign in to comment

You need to be a member in order to leave a comment

### Create an account

Sign up for a new account in our community. It's easy!

Register a new account

### Sign in

Already have an account? Sign in here.

Sign In Now

Go to topic listing

Home > Shutterstock > Contributor Experience > What can I do to make Shutterstock take copyright infringement seriously? All Activity

Privacy Policy Contact Us

Powered by Invision Community

Page Vault

| | |
|---|---|
| Document title: | What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum |
| Capture URL: | https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/ |
| Captured site IP: | 99.84.221.58 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 20:34:47 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 20:38:51 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 11 |
| Capture ID: | 2120766a-59d6-4c36-9952-4c975f1193a3 |
| User: | itasca-tw |

PDF REFERENCE #:     nSu2etqq7BTwkasG5FSXd8

**EXHIBIT 17**
**Page 20 of 37**



# What can I do to make Shutterstock take copyright infringement seriously?

thieves | copyright infringement | plagiarism

By Ruth Swan,
January 7, 2019 in Contributor Experience

Share | Followers 1

**Ruth Swan**
Member
Members
61 posts
my image portfolio

Posted January 9, 2019 — Author

Hi everyone – and congratulations to you all.

It looks like ttp1001 no longer has a portfolio on Shutterstock. Clearly, copyright infringement is a battle worth fighting on the forum. Or, giving them the benefit of the doubt, perhaps it's just that Shutterstock's wheels move rather slowly on this issue.

Whilst ttp1001 didn't steal any of my photos, s/he did plagiarise a very detailed description of mine. My description contains an extremely unusual word and only 3 pages on Ss contain that word, with most of the photos on those pages belonging to me. Then ttp1001 (very ignorantly) attached my description to a completely different subject. That was what started me off five months ago.

Anyway, I'll be contacting Joe and the other photographers (those I'd managed to trace) and I'm sure they'll be delighted.

Many, many thanks to you all and let's keep fighting the plagiarism battle.

Ruth

**oleschwander**
Member

Members
3,212 posts
my image portfolio
my video portfolio
LocationEurope

Posted January 9, 2019

> On 1/9/2019 at 6:02 AM, Ruth Swan said:
>
> Or, giving them the benefit of the doubt, perhaps it's just that Shutterstock's wheels move rather slowly on this issue.

Tanks Ruth.

SS should take action first time they got a complain - not after 'hundreds' of posts in the forum ...

**jean-francois me**
end of line
Members
2,862 posts
my image portfolio
Locationthere

Posted January 9, 2019

> On 1/9/2019 at 8:28 AM, oleschwander said:
>
> Tanks Ruth.
>
> SS should take action first time they got a complain - not after 'hundreds' of posts in the forum ...

actually, I would be worried if they immediately took action upon complaints, there has to be a process of validating such complaints, if not next thing you know cheaters will start going after the people who ratted them out.

but the process definitely has to be smoother

**oleschwander**
Member

Posted January 9, 2019

| Replies | Created | Last Reply |
|---|---|---|
| 86 | 2 yr | 2 yr |

**TOP POSTERS IN THIS TOPIC**

Ruth Swan — 20 posts
jean-franc... — 11 posts
Alexandre R... — 10 posts
stevemart — 10 posts

**POPULAR DAYS**

Jan 9 2019 — 28 posts
Jan 7 2019 — 27 posts
Jan 8 2019 — 17 posts
Jan 13 2019 — 5 posts

**POPULAR POSTS**

**Ricoh Mirai User Club**
January 9, 2019

Excellent stuff. The person who started the thread below asking for help seems extremely suspect .

**POSTED IMAGES**



Members
2,862 posts
my image portfolio
Locationthere

actually, I would be worried if they immediately took action upon complaints,  there has to be a process of validating such complaints,  if not next thing you know cheaters will start going after the people who ratted them out.

but the process definitely has to be smoother

**oleschwander**
Member
● ●

Members
3,212 posts
my image portfolio
my video portfolio
LocationEurope

Posted January 9, 2019

On 1/9/2019 at 8:51 AM, jean-francois.me said:

if not next thing you know cheaters will start going after the people who ratted them out.

???

**jean-francois me**
end of line
● ●

J

Members
2,862 posts
my image portfolio
Locationthere

Posted January 9, 2019

On 1/9/2019 at 8:58 AM, oleschwander said:

???

if you want SS to terminate account right away, it will be easy for someone to create work based on work of someone else and make a claim of stealing.   last thing you want is this type of tit for tat process

**Denis Costille**
Member
● ●

Members
186 posts
my image portfolio
LocationFrance

Posted January 9, 2019

@stevemart  Wow, that's completely crazy to have our own portfolio suspended and our email address given to the thief ! Shutterstock is completely mad ! Complete disrespect for the contributors !

**Alexandre Rotenberg**
Member
● ●

Members
2,987 posts
my image portfolio
my video portfolio

Posted January 9, 2019

On 1/9/2019 at 8:51 AM, jean-francois.me said:

if not next thing you know cheaters will start going after the people who ratted them out.

Bring it on! Their level of intelligence appears to be quite low, hence the need to steal in the first place.

**jean-francois me**
end of line
● ●

Posted January 9, 2019

On 1/9/2019 at 1:37 PM, Alexandre Rotenberg said:

Bring it on! Their level of intelligence appears to be quite low, hence the need to steal in the first place.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

**EXHIBIT 17**
**Page 22 of 37**

Page 2 of 10



**jean-francois me**
end of line
● ●

**J**

Members
2,862 posts
📷 my image portfolio
Locationthere

Posted January 9, 2019

> On 1/9/2019 at 1:37 PM, Alexandre Rotenberg said:
>
> Bring it on! Their level of intelligence appears to be quite low, hence the need to steal in the first place.

well, we have some that have been better, like open account 3 months ago.  I still think a bit of research has to be done by SS before closing an account

---

**Ruth Swan**
Member
● ●

**R**

Members
61 posts
📷 my image portfolio

Posted January 9, 2019                                    Author

> On 1/9/2019 at 2:18 PM, jean-francois.me said:
>
> well, we have some that have been better, like open account 3 months ago.  I still think a bit of research has to be done by SS before closing an account

I agree about the research issue - even plagiarists need the option of due process.

---

**Algol**
Member
● ●

Members
2,398 posts
📷 my image portfolio
📷 my video portfolio
Locationoppi fjellet

Posted January 9, 2019

No excuse for delaying when someone has uploaded a photo clearly showing someone else's copyright notice though!

---

**Alexandre Rotenberg**
Member
● ●

Members
2,987 posts
📷 my image portfolio
📷 my video portfolio

Posted January 9, 2019

> On 1/8/2019 at 12:27 PM, Alexandre Rotenberg said:
>
> If others can also put some pressure with a similar message maybe we'll be able to wack a few moles...
>
> ## Please investigate the following accounts that have stolen images
>
> AR   Alexandre Rotenberg
>      Tue 08/01/2019, 12:19
>
> Expand ⌄

Anybody have any other suspect accounts I can add to the list to track progress on a weekly basis? I won't settle until all these moles have been wracked!

---

**Ricoh Mirai User Club**
Member
● ●

**R**

Posted January 9, 2019

> On 1/9/2019 at 4:14 PM, Alexandre Rotenberg said:
>
> Anybody have any other suspect accounts I can add to the list to track progress on a weekly basis? I won't settle until all these moles have been wracked!

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

**EXHIBIT 17**
**Page 23 of 37**



**Ricoh Mirai User Club**
Member
Members
369 posts

Posted January 9, 2019

> **On 1/9/2019 at 4:14 PM, Alexandre Rotenberg said:**
>
> Anybody have any other suspect accounts I can add to the list to track progress on a weekly basis? I won't settle until all these moles have been wracked!

Excellent stuff.

The person who started the thread below asking for help seems extremely suspect .

> **Content rejected due to missing image**
> January 9, 2019
>
> I'm submitting ESP files with JPG file and get rejected with reason "Missing reference images" already for four times for the same image. I have already more than 100 vectors submitted and approved, but have not faced su...
>
> 13 replies

1

**jean-francois me**
end of line
Members
2,862 posts
my image portfolio
Locationthere

Posted January 9, 2019

how about the guy who started this

> **I used catlog manager but nothing sell by it.**
> December 6, 2018
>
> Hope, This video information may be helpful for you...
> Best of luck !!
>
> Use Free Social Media Promotional Platform :
> make your pages same as these:
>
> FaceBook :https://www.facebook.com/vpngor
> Twitter :https://twitter.com/vpngor
> Linkedin : https://www.linkedin.com/in/vpngor-v-...
>
> Thanks for Watching.
> Category People & Blogs
> SHOW LESS
>
> I got approval for my 350 images but didn't make a single dollar till today. I use catalog manager tool ans made set and publish them and share too. But got none result in positive sale.. https://www.shutterstock.com/...
>
> 46 replies

https://www.shutterstock.com/g/VipinGaud

**Alexandre Rotenberg**
Member

Members
2,987 posts
my image portfolio
my video portfolio

Posted January 9, 2019

Updated list as of Jan 9:

https://www.shutterstock.com/g/Krishbraden

https://www.shutterstock.com/g/n+sasikumar

https://www.shutterstock.com/g/Alexiy+Molochnik

https://www.shutterstock.com/g/DHIADANE



https://www.shutterstock.com/g/n+sasikumar

https://www.shutterstock.com/g/Alexiy+Molochnik

https://www.shutterstock.com/g/DHIADANE

https://www.shutterstock.com/g/habibbinyunus

https://www.shutterstock.com/g/ttp1001

https://www.shutterstock.com/g/Dinesh+Prasad+Mishra

https://www.shutterstock.com/g/Tejinder7Singh

https://www.shutterstock.com/g/tun001

https://www.shutterstock.com/g/Vector_supply

https://www.shutterstock.com/g/Sherin+Shaju

https://www.shutterstock.com/g/VardanHarutyunyan

https://www.shutterstock.com/g/VipinGaud?language=en

**Perry Correll**
Perry Correll

Members
7,817 posts

my image portfolio
my video portfolio
LocationFlorida, USA

Posted January 9, 2019

Oh boy - this is rich.

This image by vpngor:

www.shutterstock.com · 1250736922

Is also image 1233278608 by usmanasariimages

Is also image 1199636005 by kurniawan007

Is also image 1103557919 by rose leen

Is also image 1071555695 by nikesh singh baghel

Is also image 600406598 by jayvirsinh

Is also image 1236446962 by OLGA1955.

I finally quit checking 'similar images', but it was almost a game!

**jean-francois me**
end of line

Posted January 9, 2019



On 1/9/2019 at 6:30 PM, Perry Correll said:

Oh boy - this is rich.

This image by vpngor:

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

EXHIBIT 17
Page 25 of 37

Page 5 of 10



**jean-francois me**
end of line
• •

J

Members
2,862 posts
🖼 my image portfolio
Locationthere

Posted January 9, 2019

⚙ On 1/9/2019 at 6:30 PM, Perry Correll said:

Oh boy - this is rich.

This image by vpngor

Expand ▾

looking at OLGA1955 other stuff

Olga https://image.shutterstock.com/image-photo/two-polar-bears-kiss-lying-450w-1268057554.jpg

Original https://image.shutterstock.com/image-photo/polar-bear-northern-arctic-predator-450w-1271534590.jpg

Olga https://image.shutterstock.com/image-photo/two-little-fox-450w-1246702351.jpg

Original https://www.superiorwallpapers.com/animals/two-baby-fox-playing-in-the-woods

Olga https://image.shutterstock.com/image-photo/lightning-over-mountain-lake-450w-1227630601.jpg

many copies this likely original https://image.shutterstock.com/image-photo/lightning-hintersee-ramsau-450w-1041128926.jpg

---

**Algol**
Member
• •

Members
2,398 posts
🖼 my image portfolio
▶ my video portfolio
Locationoppi fjellet

Posted January 9, 2019

Hmm... interesting how most of these ports of stolen images start with some of their own poor snapshots, then when they don't get sales suddenly the ports fill with quality stolen stuff. Almost makes me wonder if someone is running a nice little business supplying these stolen images (or at least recommending them) to new contributors who are not able to sell their own snapshots....

---

**jean-francois me**
end of line
• •

J

Members
2,862 posts
🖼 my image portfolio
Locationthere

Posted January 9, 2019

https://www.shutterstock.com/g/apaphot

this one clearly stealing, but only 4 images at this point, including this massive over production of last image stolen also by Olga

www.shutterstock.com · 1209140959

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT
Page 6 of 10

**EXHIBIT 17**
**Page 26 of 37**



www.shutterstock.com - 1209140959

**Alexandre Rotenberg**
Member
● ●

Members
2,987 posts
📷 my image portfolio
📹 my video portfolio

Posted January 9, 2019

On 1/9/2019 at 7:04 PM, jean-francois.me said:

https://www.shutterstock.com/g/apaphot

this one clearly stealing, but only 4 images at this point, including this massive over production of last image stolen also by Olga

Expand ▾

Difficult to argue against his mission statement!

**asep purnama alam's** portfolio
Photographer, Videographer
Indonesia Show more +

your shots are the result of your work

Images

**njene**
Member
● ●

Members
612 posts
📷 my image portfolio
📹 my video portfolio
Location 🎏

Posted January 9, 2019

On 1/9/2019 at 6:30 PM, Perry Correll said:

Oh boy - this is rich.

This image by vpngor:

Expand ▾

This is disgraceful

multiply this by thousands of times and you get an idea of the extent of this problem, add to it that SS rather Blasais about doing anything about it until contributors are literally screaming for something to be done

i can't beleive this is what SS has become

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
📷 my image portfolio
LocationPays Low

Posted January 9, 2019

Anudder Krish!

https://image.shutterstock.com/z/stock-photo-woman-using-smartphone-at-night-side-angle-close-up-view-1224709111.jpg

Pexels free photo. Whether it really is a 'free' photo or just stolen by someone else and uploaded as a Pexels free photo is a good question. Cropped, darkened, desaturated and generally messed about with....in any case Krish is not the copyright holder.

The giveaway is the yellow fingernail. Shot is cropped and the curl of hair has been pulled slightly to obscure the face; avoiding a model release.

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

**EXHIBIT 17**
**Page 27 of 37**

Page 7 of 10

Members
2,175 posts
my image portfolio
LocationPays Low

Pexels free photo. Whether it really is a 'free' photo or just stolen by someone else and uploaded as a Pexels free photo is a good question. Cropped, darkened, desaturated and generally messed about with....in any case Krish is not the copyright holder.

The giveaway is the yellow fingernail. Shot is cropped and the curl of hair has been pulled slightly to obscure the face; avoiding a model release.

## pexels-photo-190168



---

**Phil Lowe**
House Stark
●●



Members
5,590 posts
Location: Florida

Posted January 9, 2019

With a database of almost 250 million images, this was bound to happen.  SS put quantity over quality and investor profits over contributor concerns.  It's a perfect storm of management apathy, incompetence, and greed, and in its race to the bottom, SS has hurt all of us.  It's why they've pretty much abandoned trying to police their database.

A good manager would put an immediate freeze on submissions across the board while their content team cleans up the mess they've made. Then, they should reinstate the more stringent standards for becoming a contributor here, and every port approved in the last 12 months should be subject to immediate QC review.

It will take time and money, but the alternative will be for SS to close its doors and reopen under a new name with invited contributors and curated ports, which, by the way, is what SS is already doing with Offset and Select.

Given the fact that these fixes will be long and costly, SS has opted for the cheaper, latter route.  I fully expect within the next two years SS as it currently exists will either be gone, or media presented for sale here will be very low quality with commissions for contributors to match.

---

**girlwander1982**
Member
●●

Members
196 posts
my image portfolio

Posted January 12, 2019



In reference to the 4th listed account. How can SS even begin to think that someone who has stacks of poor quality and frankly quite boring photos somehow manages to take professional grade photographs. There is blatant inconsistency

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

**EXHIBIT 17**
**Page 28 of 37**

Page 8 of 10



Members
196 posts
my image portfolio

https://www.shutterstock.com/g/n+sasikumar

Expand

In reference to the 4th listed account. How can SS even begin to think that someone who has stacks of poor quality and frankly quite boring photos somehow manages to take professional grade photographs. There is blatant inconsistency with that account. I can even tell that as an amateur myself! Just compare these two photos from the same account. https://www.shutterstock.com/image-photo/sea-town-nature-beat-him-1048422940?src=M38eV--K4rTEZrkHeMfzJg-1-23

https://www.shutterstock.com/image-photo/food-nd-drinks-fruits-1049190056?src=M38eV--K4rTEZrkHeMfzJg-1-5

**Alexandre Rotenberg**
Member

Members
2,987 posts
my image portfolio
my video portfolio

Posted January 12, 2019

**On 1/12/2019 at 11:28 AM, girlwander1982 said:**

> In reference to the 4th listed account. How can SS even begin to think that someone who has stacks of poor quality and frankly quite boring photos somehow manages to take professional grade photographs. There is blatant inconsistency with that account. I can even tell that as an amateur myself! Just compare these two photos from the same account. https://www.shutterstock.com/image-photo/sea-town-nature-beat-him-1048422940?src=M38eV--K4rTEZrkHeMfzJg-1-23
>
> https://www.shutterstock.com/image-photo/food-nd-drinks-fruits-1049190056?src=M38eV--K4rTEZrkHeMfzJg-1-5

Thereabouts that moment he had a brilliant idea! Download and sell other peoples' images and while at it, add some funky keywords!

Nice beach!

Save Try Share

By BOUDANE

Royalty-free stock photo ID: 1049191538
nature and mountains real - Image

beach colors mountains nature real travel vacation

**stevemart**
Advanced Apeirophobic

Members
2,175 posts
my image portfolio
LocationPays Low

Posted January 12, 2019

OK. I've worked it out! They create a 2-tier club with top producers at the top (elite) and the rabble down below. Amongst the huddled masses there will always be infighting so let's give 'em something extra to fight about ie non-policing of thieves and highwaymen plus some regular smoke and mirrors! Keeps 'em busy and distracted from other things! Meanwhile the real money keeps pouring in moving in an upwardly direction.

**EXHIBIT 17**
**Page 29 of 37**



Thereabouts that moment he had a brilliant idea! Download and sell other peoples' images and while at it, add some funky keywords!

Nice beach!

By BOUDANE

Royalty-free stock photo ID: 1049191538
nature and mountains real - Image

beach   colors   mountains   nature   real   travel   vacation

---

**stevemart**
Advanced Apeirophobic

Members
2,175 posts
📷 my image portfolio
LocationPays Low

Posted January 12, 2019                                   ···

OK. I've worked it out! They create a 2-tier club with top producers at the top (elite) and the rabble down below. Amongst the huddled masses there will always be infighting so let's give 'em something extra to fight about ie non-policing of thieves and highwaymen plus some regular smoke and mirrors! Keeps 'em busy and distracted from other things! Meanwhile the real money keeps pouring in moving in an upwardly direction. 🙇

---

«   PREV   1   2   **3**   4   NEXT   »          Page 3 of 4 ▾

---

## Create an account or sign in to comment

You need to be a member in order to leave a comment

**Create an account**
Sign up for a new account in our community. It's easy!

**Register a new account**

**Sign in**
Already have an account? Sign in here.

**Sign In Now**

---

‹ Go to topic listing

Home › Shutterstock › Contributor Experience › What can I do to make Shutterstock take copyright infringement seriously?                                   All Activity

Privacy Policy     Contact Us

Powered by Invision Community

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/3/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:38:51 GMT

Page 10 of 10

**EXHIBIT 17**
**Page 30 of 37**

🔒 Page Vault

| | |
|---|---|
| Document title: | What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum |
| Capture URL: | https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/4/ |
| Captured site IP: | 13.32.202.45 |
| Page loaded at (UTC): | Mon, 01 Feb 2021 20:34:47 GMT |
| Capture timestamp (UTC): | Mon, 01 Feb 2021 20:35:18 GMT |
| Capture tool: | v7.5.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | dcc5e927-3609-494b-b18e-5a2b02cd977d |
| User: | itasca-tw |

PDF REFERENCE #:        fnKQaLRzsYhfCqTChSWRoJ

**EXHIBIT 17**
**Page 31 of 37**



shutterstock contributor

Existing user? Sign In | Sign Up

Forums | Activity | Gallery | Calendar | Search...

Home > Shutterstock > Contributor Experience > What can I do to make Shutterstock take copyright infringement seriously?

All Activity

# What can I do to make Shutterstock take copyright infringement seriously?

thieves | copyright infringement | plagiarism

By Ruth Swan,
January 7, 2019 in Contributor Experience

Share | Followers 1

« PREV 1 2 3 4 Page 4 of 4

**girlwander1982**
Member

Members
196 posts
my image portfolio

Posted January 12, 2019

> **On 1/12/2019 at 3:08 PM, Alexandre Rotenberg said:**
>
> Thereabouts that moment he had a brilliant idea! Download and sell other peoples' images and while at it, add some funky keywords!
>
> Nice beach!
>
> 
> 
>
> Save | Try | Share
>
> By BOUDANE
>
> Royalty-free stock photo ID: 1049191538
>
> nature and mountains real - Image
>
> beach | colors | mountains | nature | real | travel | vacation

Hey I bet you can see a beach from the top of that mountain... through one of the nasa telescopes that is. That account is so incredibly suspect it should even have buyers questioning it's legitimacy. It's outright theft and it not only takes away the profits from the rightful owners but also assumes credit for other people's work, which in turn stymies the opportunity for legitimate artists/photographers who are just starting out in the business to build a reputation. This angers me about as much as seeing those websites and videos explaining how to download from microstock sites without the watermark. It's nothing short of disgusting seeing how low some people will stoop.

**oleschwander**
Member

Posted January 12, 2019

> **On 1/12/2019 at 11:28 AM, girlwander1982 said:**
>
> In reference to the 4th listed account. How can SS even begin to think that someone who has stacks of poor quality and frankly quite boring photos somehow manages to take professional grade photographs. There is blatant inconsistency with that account. I can even tell that as an amateur myself! Just compare these two photos from the same account.

| Replies | Created | Last Reply |
|---|---|---|
| 86 | 2 yr | 2 yr |

**TOP POSTERS IN THIS TOPIC**

- Ruth Swan — 20 posts
- jean-franc... — 11 posts
- Alexandre R... — 10 posts
- stevemart — 10 posts

**POPULAR DAYS**

- Jan 9 2019 — 28 posts
- Jan 7 2019 — 27 posts
- Jan 8 2019 — 17 posts
- Jan 13 2019 — 5 posts

**POPULAR POSTS**

**Ricoh Mirai User Club**
January 9, 2019

Excellent stuff. The person who started the thread below asking for help seems extremely suspect .

**POSTED IMAGES**



Member

Members
3,212 posts
my image portfolio
my video portfolio
LocationEurope

Posted January 12, 2019

> **On 1/12/2019 at 11:28 AM, girlwander1982 said:**
>
> In reference to the 4th listed account. How can SS even begin to think that someone who has stacks of poor quality and frankly quite boring photos somehow manages to take professional grade photographs. There is blatant inconsistency with that account. I can even tell that as an amateur myself! Just compare these two photos from the same account.

Agree totally. Chaos is ruling now.

**Patrick Cooper**
Raptorvision

Members
3,397 posts
LocationSouth Australia

Posted January 12, 2019

> **On 1/9/2019 at 7:41 PM, njene said:**
>
> i can't beleive this is what SS has become

Oh yea it's shocking. SS is turning into a pirate site / black market free-for-all. I don't know of any other stock sites that have as much of an image theft problem as SS. It seems that the thieves know this and flock to SS, taking advantage of it's vulnerabilities and lack of policing.

**Manuel Ascanio**
Member

M

Members
137 posts
my image portfolio

Posted January 13, 2019

> **On 1/7/2019 at 1:48 PM, Algol said:**
>
> That first photo in the SS link still has the photographers copyright notice on it! What is with SS? Even if it wasn't a stolen photo you were never allowed to submit photos with copyright marked on them. If it's someone else's copyright then why don't SS remove the photo when notified. Do SS really think it's OK to broker stolen goods? Is that not an illegal act in the US? Wow.... 😒

Maybe there are some reviewers involved?

**Algol**
Member

Members
2,398 posts
my image portfolio
my video portfolio
Locationoppi fjellet

Posted January 13, 2019

> **On 1/13/2019 at 2:28 AM, Patrick Cooper said:**
>
> Oh yea it's shocking. SS is turning into a pirate site / black market free-for-all. I don't know of any other stock sites that have as much of an image theft problem as SS. It seems that the thieves know this and flock to SS, taking advantage of it's vulnerabilities and lack of policing.

Yeah, that's what I was thinking. Only most pirate sites don't actually charge for the stolen stuff, they just make their money from ads.

**Alexandre Rotenberg**
Member

Members
2,987 posts
my image portfolio
my video portfolio

Posted January 13, 2019

To be fair, they are shutting down some of these accounts but at a very very very slow pace. They're so badly keyworded that I doubt they make any sales and if so, probably won't reach the $50 threshold + 3 month quarantine period for high risk area.

550,000 contributors so bound to be many scammers. So far we've identified just 20...imagine how many more are there.

There must be a relatively easy way to filter these accounts.

1. New account

2. Fantastic pics from all corners of world, especially if they started off with snapshots of junk

3. Bad keywords (usually less than 8 and completely irrelevant)

**EXHIBIT 17**
**Page 33 of 37**

there.

There must be a relatively easy way to filter these accounts.

1. New account

2. Fantastic pics from all corners of world, especially if they started off with snapshots of junk

3. Bad keywords (usually less than 8 and completely irrelevant)

4. High fraud risk location, such as India and Russia

5. They give themselves away by posting on this forum asking for help

If SS can filter using the above, minus #5 they will have a good start

---

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
🖼 my image portfolio
Location: Pays Low

Posted January 15, 2019                                                    •••

> On 1/9/2019 at 9:07 PM, stevemart said:
>
> Anudder Krish!
>
> https://image.shutterstock.com/z/stock-photo-woman-using-smartphone-at-night-side-angle-close-up-view-1224709111.jpg
>
> Pexels free photo. Whether it really is a 'free' photo or just stolen by someone else and uploaded as a Pexels free

Expand ▾

This is fun....anudder photo removed from port. Appears at the link but no longer in port! OK.....let's try another couple:

https://image.shutterstock.com/image-photo/microphone-stand-live-music-concert-450w-1262336800.jpg

Nice big Pexels file...ditch the second mic and Bob's yer uncle!



---

**stevemart**
Advanced Apeirophobic
● ●

Members
2,175 posts
🖼 my image portfolio
Location: Pays Low

Posted January 15, 2019                                                    •••

Number 2:

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/4/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:35:18 GMT

**EXHIBIT 17**
**Page 34 of 37**

Page 3 of 6



Members
2,175 posts
my image portfolio
LocationPays Low

www.shutterstock.com · 1266171580

NaughtyNaughty....a GettyImage:

**parents.com**
parents.com/ - First found on Jul 29, 2016
Filename: **GettyImages-466457193.jpg** (500 x 375, 52.4 KB)

---

**Zuhurat Stock**
Member
●●

Members
12 posts
my image portfolio

Posted January 15, 2019

+1 from Turkey

Thief Contributor: cgkose

original image:
https://www.shutterstock.com/tr/image-photo/cigar-wine-liquor-on-dark-background-2186180

contributor: stockmarket

stolen image:
https://www.shutterstock.com/tr/image-photo/cuban-cigar-glass-cognac-brandy-on-1284534295
thief contributor: cgkose

original image:
https://www.shutterstock.com/tr/image-photo/image-several-human-hands-showing-thumbs-49567513
contributor: Pressmaster

stolen image:
https://www.shutterstock.com/tr/image-photo/many-hands-thumbs-showing-success-teamwork-1284504064
thief contributor: cgkose

original image:
https://www.shutterstock.com/tr/image-photo/image-several-human-hands-showing-thumbs-49567513
contributor: Foxman

stolen image:
https://www.shutterstock.com/tr/image-photo/many-hands-thumbs-showing-success-teamwork-1284504064
thief contributor: cgkose

for your info.

---

**Ruth Swan**
Member

Posted January 17, 2019

Author

···

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/4/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:35:18 GMT

Page 4 of 6

**EXHIBIT 17**
**Page 35 of 37**

for your info.



**Ruth Swan**
Member
• •

R

Members
61 posts
🖼 my image portfolio

Posted January 17, 2019                                                    [Author]   •••

I started this thread because, as a published writer, I take copyright infringement very seriously. I am a member of an authors' trade union, so I wrote to the union for advice. The answer I received contained the following information which I believe some contributors on this forum might find relevant and useful.

[...]

I agree that the use by another contributor of the detailed description that you had prepared for your own work is in breach of the platform's terms of service and that removal should be actioned by the platform without delay. The "Submission and Account Guidelines" (incorporated into the terms of service at s.7) is clear that any contributor "must own or control the copyright to all content [they] submit to Shutterstock".

Where an account is involved in "copying the entire description and/or keywords of another item of content on Shutterstock" then they are likely to first receive a warning and ultimately see their account suspended or terminated. Writers and or photographers who have come across their work being infringed on the platform are invited to submit details to: infringementclaims@shutterstock.com.

[...]

Ultimately [...] it might be worth ensuring that your approach to infringementclaims@shutterstock.com takes the form of an official DMCA copyright infringement notice, the requirements of which are set out at: https://www.shutterstock.com/terms/dmca-notice and asking that they respond to such notice within [14-21 days].

I will be posting this on the Thief thread too for anyone who is interested.

                                    [ 2 weeks later... ]

**MSPhotographic**
Member
• •

M

Members
361 posts
📷 my image portfolio
📹 my video portfolio
LocationDenver, Colorado

Posted January 27, 2019                                                           •••

    On 1/7/2019 at 7:26 AM, Ruth Swan said:

    Hi

    I'm a published educational writer and I've written more than 20 books. I am at a complete loss to understand why Shutterstock continually refuse to act on copyright infringement. I've been battling with this for around 5 months.

    A contributor on Ss has uploaded photos from various pro flickr artists and is selling them as his/her own. The photos are of exceptional quality and are clearly by different photographers.

                                    Expand ▾

Shutterstock has made it clear from the day they started that they could care less about following business practices that make photography profitable for photographers or protect our right to earn a living from our work. Their quarter a download and use it over and over without additional payment, and licensing images to large companies that then make them available for their users to then use them free if they buy the product (think Microsoft Office etc.) cut across a photographers rightful earnings drastically. It's a crime really. Photos are licensed PER USE and prior to SS the fee was considerable and the more broadly the image would be used, the higher the price  We all made good money then.  Now we see diminishing earnings month after month and it is this business method that is causing the decline.  And as of late no one that is an EMPLOYEE of Shutterstock will even answer a contributor.  They have crowdsourced answering questions from contributors to other contributors that have no power to take action.  The ONLY thing that will make a difference here is if one of the copyright holders of the images that have been illegally uploaded to Shutterstock sues them.  A summons to appear in court served in person in their NYC offices will get noticed.  Nothing short of that does.

**MSPhotographic**
Member
• •

M

Members
361 posts
🖼 my image portfolio

Posted January 27, 2019                                                           •••

    On 1/17/2019 at 1:26 PM, Ruth Swan said:

    I started this thread because, as a published writer, I take copyright infringement very seriously. I am a member of an authors' trade union, so I wrote to the union for advice. The answer I received contained the following information which I believe some contributors on this forum might find relevant and useful.

    [...]

    I agree that the use by another contributor of the detailed description that you had prepared for your own work is in

Document title: What can I do to make Shutterstock take copyright infringement seriously? - Page 4 - Contributor Experience - Shutterstock - Forum
Capture URL: https://forums.submit.shutterstock.com/topic/96153-what-can-i-do-to-make-shutterstock-take-copyright-infringement-seriously/page/4/
Capture timestamp (UTC): Mon, 01 Feb 2021 20:35:18 GMT

**EXHIBIT 17**
**Page 36 of 37**

Page 5 of 6



**Members**
361 posts

🖼 my image portfolio
▶ my video portfolio
LocationDenver, Colorado

Hi

I'm a published educational writer and I've written more than 20 books. I am at a complete loss to understand why Shutterstock continually refuse to act on copyright infringement. I've been battling with this for around 5 months.

A contributor on Ss has uploaded photos from various pro flickr artists and is selling them as his/her own. The photos are of exceptional quality and are clearly by different photographers.

Expand ▾

Shutterstock has made it clear from the day they started that they could care less about following business practices that make photography profitable for photographers or protect our right to earn a living from our work. Their quarter a download and use it over and over without additional payment, and licensing images to large companies that then make them available for their users to then use them free if they buy the product (think Microsoft etc.) cut across a photographers rightful earnings drastically. It's a crime really. Photos are licensed PER USE and prior to SS the fee was considerable and the more broadly the image would be used, the higher the price. We all made good money then. Now we see diminishing earnings month after month and it is this business method that is causing the decline. And as of late no one that is an EMPLOYEE of Shutterstock will even answer a contributor. They have crowdsourced answering questions from contributors to other contributors that have no power to take action. The ONLY thing that will make a difference here is if one of the copyright holders of the images that have been illegally uploaded to Shutterstock sues them. A summons to appear in court served in person in their NYC offices will get noticed. Nothing short of that does.

**MSPhotographic**   Posted January 27, 2019   •••
Member
●●

**Members**
361 posts

🖼 my image portfolio
▶ my video portfolio
LocationDenver, Colorado

> On 1/17/2019 at 1:26 PM, Ruth Swan said:
>
> I started this thread because, as a published writer, I take copyright infringement very seriously. I am a member of an authors' trade union, so I wrote to the union for advice. The answer I received contained the following information which I believe some contributors on this forum might find relevant and useful.
>
> [...]
>
> I agree that the use by another contributor of the detailed description that you had prepared for your own work is in breach of the platform's terms of service and that removal should be actioned by the platform without delay. The
>
> Expand ▾

Of course, like all the tech companies these days (and SS calls itself a tech company, not a stock photo agency) they are dodging responsibility for determining if the person uploading the work has the right to do so in the first place. That may be why they now say they are a technology company. They are able to escaped penalties for this responsibility by using "safe harbor" loopholes in laws applying to web hosting platforms.

« PREV   1   2   3   **4**   Page 4 of 4 ▾

## Create an account or sign in to comment

You need to be a member in order to leave a comment

| Create an account | Sign in |
|---|---|
| Sign up for a new account in our community. It's easy! | Already have an account? Sign in here. |
| **Register a new account** | **Sign In Now** |

‹ Go to topic listing

Home › Shutterstock › Contributor Experience › What can I do to make Shutterstock take copyright infringement seriously?    🗎 All Activity

Privacy Policy   Contact Us
Powered by Invision Community