# VIDEO TRANSCRIPT

| | |
|---|---|
| URL: | "Global Marketplace Network Effect"<br>Shutterstock Investor Report<br>https://content.shutterstock.com/investor-report/index.html<br>https://sstk.s3.amazonaws.com/Investor+Report+Q1+(2021)/Paul.mp4 |
| Speaker: | Paul Brennan<br>VP, Content Operations<br>Shutterstock, Inc. |

Paul Brennan:   (00:00)   We work with a worldwide network of over one million contributors to provide images, video and music for the Shutterstock marketplace.

(00:07)   Our user-centered platform provides global network scale, and the two-sided network effect drives powerful engagement for both contributors and customers.

(00:16)   We review the value and integrity of all content with proprietary AI technology and expert human mediation.

(00:23)   And we continuously add value to our collections of over 300 million images and 18 million clips with new content that's creatively on trend and regionally relevant for a global marketplace.