# What to Do if Someone is Infringing Your Work

- In the event that you believe your Content has been misused, you must give notice to and receive Shutterstock's prior written consent before taking action.

- Shutterstock has the right and authority to take such reasonable steps to protect Shutterstock's rights in the Content.



- Contact compliance@shutterstock.com.

shutterstock                                                                 shutterstock

EXHIBIT 35
Page 1 of 1