# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ITASCA IMAGES, LLC and<br>TONY WEBSTER,<br>          Plaintiffs,<br><br>  v.<br><br>SHUTTERSTOCK, INC.,<br>RTB HOUSE, INC., RTB HOUSE S.A.,<br>CIVICPLUS, LLC, ARCHETYPE<br>INNOVATIONS, LLC, CRAZY HOUSE<br>MEDIAL, LLC and DOES 1-500,<br>          Defendants. | Case No. 0:21-cv-00287-JRT-DTS |

## DEFENDANT CIVICPLUS, LLC'S MOTION TO DISMISS

Defendant CivicPlus, LLC, by and through its undersigned attorneys, hereby moves the Court to dismiss the above action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim.

A memorandum of law in support of this motion is filed herewith.

Respectfully submitted,

Dated:  December 15, 2021

By: */s/ James J. Kernell*
James J. Kernell (19559)
Kyle D. Donnelly (25531)
ERICKSON KERNELL IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: (913) 549-4700
Facsimile: (913) 549-4646
Email: jjk@kcpatentlaw.com
    kdd@kcpatentlaw.com

Jeffer Ali (#0247947)
Nicholas S. Kuhlmann (#33750X)
Patterson Thuente Pedersen, P.A.
4800 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
Email: ali@ptslaw.com
    kuhlmann@ptslaw.com

*Attorneys for Defendant CivicPlus, LLC*