# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Itasca Images, LLC, et al., | Case No. 21-cv-287 (JRT/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Shutterstock, Inc., et al., | |
| Defendants. | |

The Court, being duly advised in the premises, upon all the files, records, and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. Plaintiffs Itasca Images, LLC and Tony Webster (collectively, "Itasca Images") and Defendant Shutterstock, Inc. shall produce privilege logs regarding any documents withheld on privilege grounds.

2. Itasca Images and Shutterstock, Inc. (collectively, the "Parties") shall come to an agreement regarding Interrogatory No. 16. If no agreement is reached, Shutterstock, Inc. shall either provide the information requested or facilitate Itasca Images' contact of the individuals.

3. Shutterstock, Inc. need not supplement its answers or productions to Interrogatory Nos. 17, 19 and Request for Production (RFP) No. 34.

4. The Parties shall come to an agreement regarding Request for Admission Nos. 28 and 29. If no agreement is reached, Shutterstock, Inc. shall admit or deny the requests.

5. Shutterstock, Inc. shall produce documents regarding its policies and procedures responsive to RFP Nos. 41, 44, and 47.

6. The Parties may serve written discovery on February 25, 2022. The Parties shall not serve any written discovery before or after February 25, 2022.

7. The Parties shall exchange their respective positions regarding the Status Report on February 15, 2022. The Parties shall file a Joint Status Report on February 22, 2022.


Dated: January 28, 2022                    \_\_s/ David T. Schultz_____
                                           DAVID T. SCHULTZ
                                           U.S. Magistrate Judge