

August 1, 2022

<u>**VIA ECF**</u>

Scott M. Flaherty
(612) 977-8745
sflaherty@taftlaw.com

Magistrate Judge David T. Schultz
U.S. District Court for the District of Minnesota
300 South 4th Street
Minneapolis, MN 55415

Re: *Itasca Images, LLC, et al. v. Shutterstock, Inc. et al.*
     Case No. 21-cv-287 (JRT/DTS)
     Status of Settlement

Dear Judge Schultz:

Plaintiffs Itasca Images, LLC and Tony Webster write in compliance with the Court's order, ECF No. 193, "to update the Court on the status of settlement agreement."

The parties have been working diligently and have exchanged redlines. Further redlines will be exchanged this week. However, given the complexity of multiple parties, along with the Fourth of July holiday, counsel's obligations in other matters, and vacation plans, the parties require more time to complete their work.

Plaintiffs respectfully request a 30-day extension of the stay. Unless the Court orders otherwise, if a stipulation for dismissal is not filed by August 30, 2022, Plaintiffs will provide the Court with an updated report by August 31, 2022, per ECF no. 193.

We thank the Court for its assistance with this matter.

Sincerely,

TAFT STETTINIUS & HOLLISTER LLP

by *s/ Scott M. Flaherty*

Taft Stettinius & Hollister LLP
Chicago / Cincinnati / Cleveland / Columbus / Dayton / Delaware / Denver / Indianapolis / Minneapolis / Northern Kentucky / Phoenix