# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

| | |
|---|---|
| Itasca Images, LLC, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.: 21-cv-287 (JRT/DTS)<br>Date: January 25, 2023 |
| Shutterstock, Inc., et al., | Location: Zoom |
| Defendants. | Total Time: 60 minutes |

**APPEARANCES:**

    Plaintiff:    Joseph Balthazor

    Defendant:    Dean Eyler, Eleanor Lackman

**PROCEEDINGS:**

    Conference with counsel regarding settlement.


    s/TJB
    Courtroom Deputy